IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

ANTWON L. WILLIAMS,        CIVIL ACTION NO. 4:23CN324
        Plaintiff,

VS.                          COMPLAINT

SCOTT FRAKES, DIRECTOR OF
THE NEBRASKA DEPARTMENT OF
CORRECTIONAL SERVICES (NDCS);
JEFF KASSELMAN, MEDICAL DIRECTOR
OF THE NEBRASKA DEPARTMENT OF
CORRECTIONAL SERVICES (NDCS);
DR. ROBERT CUNARD, MEDICAL
DOCTOR AT THE DIAGNOSTIC &
EVALUATION CENTER (NDCS):
CHRISTINE SCRVIDO, REGISTER
NURSE AT THE DIAGNOSTIC &
EVALUATION CENTER (NDCS);
ANTINUKE BAMIES, CONTRACT REGISTER
NURSE AT THE DIAGNOSTIC & EVALUATION
CENTER (NDCS); MIKE ABEJO, CONTRACT
REGISTER NURSE AT THE DIAGNOSTIC &
EVALUATION CENTER (NDCS);
EDITH ENIKE, CONTRACT REGISTER
NURSE AT THE DIAGNOSTIC &
EVALUATION CENTER (NDCS);
CHERYL FLINN, PHYSICIAN ASSISTANT,
CONTRACT AT THE DIAGNOSTIC &
EVALUATION CENTER (NDCS);
ERIN DOUGHERTY, PHYSICIAN ASSISTANT,
CONTRACT AT THE DIAGNOSTIC &
EVALUATION CENTER (NDCS),
           Defendants.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 NOV -9   AM 10: 28

1

## I. JURISDICTION & venue

This is a civil action authorized by **42 U.S.C.
Section 1883** to redress the deprivation, under color or state
law, of rights secured by the Constitution of the United States.
The Court has jurisdiction under **28 U.S.C. Section 1331 and
1343 (a)(3).** Plaintiff seeks declaratory relief pursuant to
**28 U.S.C. Section 2201 and 2202.** Plaintiff's claims for injun-
ctive relief are authorized by **28 U.S.C. Section 2283 & 2284
and Rule 65 Of the federal Rules Of Civil Procedure.**

## II. PLAINTIFF

PLaintiff Antwon L. Williams, is and was at all
times mentioned herein a prisoner of the State Of Nebraska in
the custody of the Nebraska Department Of Corrections.
He is currently confined in Nebraska State Prison, in Lincoln,
Nebraska.

## III. DEFENDANTS

Defendant Jeff Kasselman is the medical director
Director of Nebraska Department of Corrections, who is at all
times mention in this complaint, recommend all necessary programs
for the preservice, inservice, and continuing medical training
as well as education of the health care staff and other relevant
staff of health care providers.

Defendant Scott Frakes was at all times the
director of Nebraska Department Of Corrections. He is legally
responsible for the operation of the department and each insti-
tution under its jurisdiction, including the Nebraska State
Penitentuary (NSP).

Defendant Dr. Robert Cunard is the medical doctor of the Diagnostic & Evaluation Center (D&E), who is mention at all times in this complaint. He is legally responsible for the medical care of all the inmates of that facility.

Defendant Christine Scrvido, is a register nurse at the Diagnostic & Evaluation Center (D&E), who is mention at all times in this complaint. She is legally responsible for the medical care of all inmates of that facility.

Defendant Mike Abejo, is a register nurse at the Diagnostic & Evaluation Center (D&E), who is mention at all times in this complaint. He is legally responsible for the medical care of all inmates of that facility.

Defendant Edith Enike, is a register nurse at the Diagnostic & Evaluation Center (D&E), who is mention at all times in this complaint. She is legally responsible for the medical care of all inmates of that facility.

Defendant Cheryl Flinn, Physician (NDCS), who is mention at all times in this complaint. She is legally responsible for the medical care of all inmates of that facility.

Defendant Erin Dougherty, Physician (NDCS); who is mention at all times in this complaint. She is legally responsible for the medical care of all inmates of that facility.

Defendant Antinuke Bamies, is a register nurse at the Diagnostic & Evaluation Center (D&E), who is mention at all times in this complaint. She is legally responsible for the medical care of all inmates of that facility.

3

Each defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint each defendant acted under the color of State law.

### IV. FACTS

1.     On June 16, 2021 Plaintiff Antwon L. Williams arrived at the State Of Nebraska Department Of Correctional Services Diagnostic & Evaluation Center (D&E) location 3218 West Van Dorn Street Lincoln, Nebraska 68522.

2.     Initially, Plaintiff was being detain at (D&E) for violation of his parole.

3.     Unon information and belief Plaintiff believes while being detain or confined at (D&E) receptionist department that he'd received a protocal medically physchological evaluation by nurse Christine Scrvido contract nurse (NDCS) who at the time informed to plaintiff that her purposes was for to ask plaintiff a list of questions concern his psychological, physical and mental health before allowing plaintiff to be release out into the inmate population.

4.     Plaintiff was first ask by Ms. Scrvido was he suicidal or ever tried to commit suicide or have suicidal tendacies or did he feel like hurting himself or anyone else.

5.     Plaintiff answer no to all thee aboved questions. (SEE: EXHIBITS #9 & 10)

6.     Ms. Scrvido then went on to ask Plaintiff rather or not he has any type of illness or medical issues or take medications that medical staff need to aware of at this time.

4

7.       Plaintiff informed to Ms. Scrvido that he was
epileptic and has grand mal seizure that he hasn't had his anti
seizure medication that his last doses were two (2) days ago.
That it was imperative that he take his medication that he takes
**CarBAMazepine 400mg twice daily during morning and during evening.
(SEE: EXHIBIT#1,#9&39)**

8.       Ms. Scrvido then inform to plaintiff that her
department had his medication prescription who asked other staff
to see that plaintiff remain at the receptionist area until she
return with his medication.

9.       A short while later Ms. Scrvido had return back
to the receptionist area with a yellow football shape pill that
was contained inside of a small clear cup or see through measure-
ment cup which most medical institutions primarily used to transfer
medications to their patients which Ms. Scrvido had offered for
plaintiff to consume at the time.

10.       Plaintiff immediately notice that the yellow football
shape pill was different at least didn't look like his prescribed
medication **CarBAMazepine** which he stated to Ms. Scrvido that she
was administering the wrong medication to him maybe ment for some
one else that he has been taken **CarBAMazepine** all his life knows
his medication when he sees it.

11.       Mr. Scrvido replied to plaintiff that she was
administering his appropriate prescribed medication that the
yellow football shape pill was **CarBAMazepine** only different shape
color not what plaintiff use to seeing.

12.       Ms. Scrvido had ensure to plaintiff that the
yellow football shape pill was a **CarBAMazepine** anti seizure med-
ication and base from the fact that Ms. Scrvido is a register
nurse plaintiff had consume the yellow football shape pill which
he thought at the time was his prescribed medication. **(SEE: EXHIBIT
#1&10)**

13.     Afterward plaintiff was ask to sign a medical
log by Ms. Scrvido verification of his prescribed medication
**CarBAMazepine 400mg** shortly after release into the inmate general
population. **(SEE:EXHIBIT #10)**

14.     On June 17, 2021 Nurse Mike Abejo while out
on his medical delivery rout at the Diagnostic & Evaluation Center
**(D&E)** to distribute medication from a med-cart to inmate general
population.

15.     Came time for plaintiff to received his anti
seizure medication from off the med-cart nurse Abejo handed pla-
intiff a small clear see through measurement cup contained inside
of the cup appear to be the same yellow football shape pill that
Ms. Scrvido had administered to plaintiff the day before.

16.     Before consuming the medication. PLaintiff ask
Mr. Abejo about the yollw football shape pill which he stated to
Mr. Abejo was the yellow football shape pill **CarBAMazepine** anti
seizure medication. Was he administering his prescribed medication
to him.

17.     Mr. Abejo informed to plaintiff that his job
was to distribute inmates their prescribed medication this his
medication was either prescribed by medical physicians or either
by a doctor that he doesn't prescribed medication except for he'd
ensure to plaintiff that the yellow football shape pill was a
**CarBAMazepine.**

18.     Plaintiff consume the yellow football shape pill
administered to him by nurse Abejo which plaintiff thought at the
time was his prescribed medication. **(SEE:EXHIBIT#11)**

19.     On June 17, 2021 later that same day during
thee evening time. Nurse Edith Enike arrived at plaintiff living
location to administer plaintiff his anti seizure medication to
him.

20.      This time plaintiff notice that the anti seizure
medication being administered to him by nurse Enike was a **CarBA-
Mazepine 400mg** along with the yellow football shape pill both were
contain inside of a medical cup.

21.      Before Plaintiff consume the anti seizure
medication. PLaintiff ask Ms. Enike what were the reasons for him
to take doses of both pills that supposed to be the same medication
**CaBAMazepine.** That he is only prescribed to take his anti seizure
medication twice daily one (1) during morning one (1) during
evening.

22.      Nurse Enike informed to plaintiff that she have
to administer his medication to him according to how it is pre-
scribed either by his physician or doctor. That her job were to
distribute or hand out medication to those who medical services
are require to administer to. That she receive orders from her
superiors to administer both pills anti seizure medication to
plaintiff. And base from what nurse Enike informed to plaintiff
he'd consume both anti seizure drugs administered to him by nurse
Enike. **(SEE:EXHIBIT# 11&12)**

23.      On June 18, 2021 NUrse Antinuke Bàmies arrived
at plaintiff's living location to administer plaintiff his anti
seizure medication to him. Plaintiff again notice both pills
CarBAMazepine 400mg along with the yellow football shape pill which
also contain inside of a medical cup. Which plaintiff again stated
his concerns about the yellow football shape pill to Ms. Bamies.
Who ask what were the reasons for plaintiff to take both anti sei-
zure medications when he is prescribed to take only **CarBAMazepine
400mg** twice daily for plaintiff's epilepsy disorder.

24.      Ms. Bamies informed to plaintiff that she was
aware of his illness situation that he have to take his medication
according to how they are being administered to him. That his
medical records shows that plaintiff is prescribed to be administered
both anti seizure medication twice daily which plaintiff again

had consumed both anti seizure drugs administered to him by nurse Antinuke which plaintiff believe that he had to take according to medical procedure inorder to meet his serious medical needs and to avoid from having a major seizure episode. **(SEE:EXHIBITS#11&12)**

**25.**     On June 19, 2021 upon information and belief plaintiff believe that at some point in time that he must've lost consciousness or either blackout. Realizing that he's con- fined on a medical ward gallery wearing suicidal attire while being under video monitoring at the Nebraska Department of Corre- ctional Services. Lincoln Correctional Center **(LCC)** location 3216 West VanDorn St. Lincoln, NE 68522. (SEE:EXHIBIT#3)

**26.**     At the time plaintiff was suffering from having a sever migrain headache, stiff neck, sore throat, lower back and side pain.

**26.**     Plaintiff begin to pound on the door for medical staff attention inquiring about his statusis condition asking staff why is he wearing suicidal attire and why was he on the medical gallery or how did he get there to begin with.

**27.**     Nurse who identity unknown to plaintiff had informed to plaintiff that he was a danger to himself as well as to staff and other inmates. That just thee other day he had a violent episode resulted to plaintiff attacking staff and inmates using threatening abusive language making statements to kill every one. That Plaintiff was trying to hang himself and had to be rest- rained by several correctional officers. (SEE:EXHIBITS#3&18)

**28.**     Though plaintiff had no recollection about what happen alledge events and was in disbelief about matters said to him by the unknown nurse which plaintiff informed to the unknown nurse that he was suffering from having a migrain headache,stiff neck, sore throat, lower back and side pain. That he needed some relief from his pain and suffering.

29.      Unknown nurse informed to plaintiff that
medical staff had received orders from their superiors not to
administer medication to plaintiff not until he is seen or exa-
mined by the doctor.

30.      While plaintiff still continue to be confined
on the medical gallery on suicidal watch. Plaintiff was able to
consult with two correctional staff about his matters. Lt.Dominic
Whitherspoon and Lt. Kent Heider who also confirmed to plaintiff
the same as what was said to him by the nurse who identity unknown
to plaintiff.

31.      However, both correctional staff Mr. Whetherspoon
and Mr. Heider stated to plaintiff that he wasn't himself thee
other day. That he caught every one by surprise or off guard.
That plaintiff is known to staff for to be polite and very mild
manner. That he went out on a violent out rage thee other day.
Tried to hang himself.

32.      PLaintiff informed to both correctional staff
Mr. Whetherspoon and Mr. Heider that he believe that that he
believe that the interaction of both anti seizure medication
**CarBAMazepine** along with a yellow football shape pill administer
to him by prison medical staff is what cause his violent episode.
That he was suffering from other health issues in result of medical
staff deliberate indifferences to plaintiff serious medical needs.
That medical staff is delaying to provide plaintiff with futher
medical care claimed their reasons because plaintiff is suicidal.

33.      Thereafter on June 21, 2021 medical staff nurse
had begin to administer plaintiff his prescribed medication
**CarBAMazepine 400mg twice daily** without the yellow football shape
pill. Exactly how plaintiff medication was prescribed to be adm-
inistered to him. (SEE: EXHIBIT#5)

9

34.        Upon information and belief plaintiff believes
that he'd discovered that the yellow football shape pill admi-
nistered to him by prison medical staff was **Keepra 500mg** along
with his prescribed anti sezure medication **CarBAMAzepine 400mg**
twice daily doses for serveral days total amount of **1800 milligames.**

35.        Upon information and belief plaintiff believes
that **keepra** is another form of anti seizure medication prescribed
by a physician to someone base from a neurologist diagnoses factors
leves of their epilepsy medically conditions whether mild seizure
or grand mal seizure or tonic-clonic-seizure etc.

36.        Plaintiff is epileptic suffer from grand mal seizure
who was in disbelief about the matters at the time. That prison
medical staff were administering to him an interaction of unpre-
scribed drugs **CarBAMazepine 400mg and Keepra 500mg** twice daily
doses for several days which is twice amount of plaintiff lethal
prescribed doses. Plaintiff believes that the **Keepra** anti seizure
drugs was a hazardous to his health/serious medical needs.

37.        On June 20,th, June 21th, and June 27, 2021 Plaintiff
filled out a inmate request form address to the prison medical
staff department and to the prison warden inquiring about the
cocktail mixture of anti seizure drugs that prison medical staff
had been administering to him for several days which plaintiff
believes resulted to his violent episode which plaintiff specifi-
cally specified in his complaint was medical staff trying to kill
him. **(SEE:EXHIBIT #24,#25,#26,#27,#28,29 and 30)**

38.        On July 6, 2021 Cheryl Flinn physician assistant
contract (NDCS) provider reply to plaintiff's inmate request.
That the medical abuse has been straighten out. **(SEE:EXHIBIT#29)**

39.        On July 7, 2021 Plaintiff sent a inmate request
to Scott Frakes, (NDCS) prisoners' director which plaintiff req-
uest that the director investigate matters that he wasn't suicidal
that his incident resulted from prison medical staff administering
an interaction of unprescribed anti seizure drugs to him that he

need to be examine by a neurologist or either a pathologist

40.        Scott Frakes,NDCS Director to this day has yet
to respond to Plaintiff's inmate request form.

41.        On July 15, 2021 one (1) month later after
Plaintiff's violent episode from the interaction of **CarBAMazepine
400mg and Keppra 500mg** anti seizure drugs administered to PLain-
tiff by prison medical staff is when Cheryl Flinn, Assistant
Physician had authorized for prisoner's medical staff to draw
unites of Plaintiff's blood for to be sent out for lab testing
due to the nature of his violent episode. **(SEE:EXHIBIT#32)**

42.        Upon information and belief Plaintiff believes that
the reasons why Ms. Flinn waited a month later to draw his blood
for lab testing because she was aware about the facts that prison
medical staff had been administering an interaction of anti seizure
drugs to Plaintiff that her actions was a cover up because she did
not was a toxicologist or pathologist to discovered traces of the
interaction of **CarBAMazepine and Keepra** anti seizure drugs in
plaintiff's blood samples that was administered to him by prison
medical staff. Then reach the conclusions that Plaintiff was being
medically abuse from the interaction of anti seizure drugs by prison
medical staff which was the result of his violent episode due to
the fact that Plaintiff was suffering from the side effect of both
anti seizure drugs.(SEE:EXHIBIT#57)

43.        Upon information and belief Plaintiff further
believes that Ms. Flinn as a medical Physician who has the ability
to diagnose and mandate treatment for some ones conditions.
That she knew as a medical Physician about the risk danger inter-
action of the anti seizure drugs administered to Plaintiff could
result to further significant injuries without treatment in a
timely fashion. That Plaintiff should've receive a emergency treat-
ment immediately or shortly after his violent episode from the
interaction of **CarBAMazepine and Keepra.** But to wait a month later
to draw Plaintiff's blood for lad testing her actions or inactions

was deliberate indfferent to meeting PLaintiff's serious medical needs.

44.      Upon information and belief PLaintiff believes that on JUne 24, 2021 and June 25, 2021 that Erin Dougherty was aware of the unprescribed interaction of **CarBAMAzepine 400mg and Keepra 500mg** administer to PLaintiff by prison medical staff that as a medical Physician she had amp amount of time to take charged of matters prescribed PLaintiff his appropriate anti seizure medication meeting his serious medical needs. **SEE:EXHIBIT#7&26)**

45.      Upon information and belief PLaintiff believes that Erin Dougherty as a medical Physician that she has the ability to diagnose mandate treatment for someones medical condition. That as a medical Physician she has knowledgeable training about drugs and their interaction danger risk which comes along with medically drug abuse especially when an individaul has been diagnose to have a chronic medical condition such as PLaintiff who suffer from grand mal seizure.

46.      Upon information and belief Plaintiff believes that Ms. Dougherty as a medical Physician who knows the risk danger cause by interaction of unprescribed drugs. That the **CarBAMazepine 400mg and Keepra 500mg** components from both drugs had became toxic to PLaintiff's internal organs which in result of PLaintiff to suffer from further significant injuries without receiving treatment in a timely fashion.

47.      Upon information and belief PLaintiff further believes that Ms. Dougherty as a medical Physician knew that PLaintiff medically drug abuse interaction of **CarBAMazepine and Keepra** anti seizure drugs had cause for an medical emergency hospitalization where PLaintiff would've been able to have the toxic substances flush from his internal organs avoiding Plaintiff from having further significant injuries. When she failed to take thee intiative or immediately take action after being aware of Plaintiff's medically abuse drug interaction.

48.        Upon information and belief Plaintiff believes
that on JUne 16, 2021 that Doctor Robert Cunard had ordered for
prisoners' medical staff to administer thee interaction of
unprescribed drugs to him **CarBAMazepine 400mg and Keepra 500mg**
anti seizure medication. **(SEE:EXIBIT#1)**

49.        Upon information and belief Plaintiff believes
that Doctor Cunard had also increased the doses of his anti
seizure medication which was unwarranted medical abuse that resulted
to PLaintiff suffering from a medically violent side effect sui-
cidal behavior, headache, Stomach, back and side pains.
**(SEE:EXHIBIT#7, dated 7/6/21), #19,#20,#21,#24,#25,#26,#27,#28,**
**#29,#30,#31,#33,#34 and 35)**

50.        Upon information and belief Plaintiff believes
that Doctor Cunard received training in the medical field of
medications and how they should be prescribed. That Doctor Cunard
has knowledgeable training about drug interaction risk and danger
they can cause to someone who has chronic medical conditions.
That many seemingly harmless drugs can have dangerous interaction
with certain medications.

51.        Upon information and belief PLaintiff believes that
Doctor Cunard's actions or inactions was dangerously and reckl-
lessy deliberate and indifferent to meeting Plaintiff's serious
medical needs when he had increase the doses of Plaintiff's
anti seizure medication without just cause.

52.        Upon information and belief Plaintiff believes
that Jeff Kasselman, Medical Director (NDCS) recommend all nec-
essary programs for the preservice, inservice and training staff
of the department including training specifically designed to
promote prompt and effective responses by all staff of the depar-
tment to medical emergencies. (SEE: EXHIBITS #52,#53, #54,#55 &#56)

53.     Upon information and belief PLaintiff believes
that Mr. Kasselman as the medical director has access to inmates
medical file/records, data information states Plaintiff's epi-
epsy disorder grand mal seizure type name of prescribed medication
how medication shall be administered to Plaintiff. **(SEE:EXHIBIT
#38&39)**

54.     Upon information and belief Plaintiff believes
that Mr. Kasselman at some point in time either became aware or
informed by his medical staff about Plaintiff's violent episode
suicidal attempt etc. That Mr. Kasselman was also aware about
the unprescribed innteraction toxicity **CarBAMazepine 400mg and
Keepra 500mg** administered to Plaintiff by his prison medical
staff.

55.     Upon information and belief Plaintiff believes
that Mr. Kasselman as a medical director experiences medical
field knowledge knows the risk, danger of interaction drugs
especially when a patent has chronic conditions seizure episodes
such as plaintiff. That many seemingly harmless drugs can have
dagerous interaction with certain medications creates toxic
poisoning once consume into the human digestive system. (SEE: EXHIBIT#51)

56.     Upon information and belief Plaintiff believes
that Mr. Kasselman knows about the toxicity interaction of drugs
what the results are. That Plaintiff was being administered an
interaction of **CarBAMazepine 400mg and Keepra 500mg** twice daily
for several days by prison medical staff total amount of **1800mg
a day.** And as of a result of the drug toxicity interaction can
have an impact effect causes neurogenic pain, psychotic behavior
all aboved whcih Plaintiff has experiences.

57.     Upon information and belief Plaintiff believes
that Mr. Kasselman further knows about the risk and danger of
drug toxicity interaction negative reactions decreases **CarBAM-
azepine and Keepra metabolism resulting to other serious medically
health issues, such as, liver, kidney and digestive system.**
     **All aboved which Plaintiff has experiences pain and suff-**

ering at this time. (SEE: EXHIBITS #58 & 59)

58.      Upon information and belief Plaintiff believes
that unprescribed drug toxicity interaction should've cause for
an medical emergency during discovery by prison medical director.
That Mr. Kasselman should've had Plaintiff sent outside of the
institution to a facility for medical emergency assistant treatment
for the toxicity drug interaction. By not doing so that Mr. Kasselman
was deliberate indifferent meeting PLaintiff's serious medical
needs.

59.      Upon information and belief Plaintiff believes
that after his violent episode that he should've been examine
by a neurologist or someone who specialized in the epileptic
medical field who could've recommend treatment for plaintiff's
unprescribed drug interactions.

60.      Upon information and belief plaintiff believes
that after his violent episode that Mr. Kasselman should've
took some extreme measurements by having Plaintiff examine by
a neurologist that he failed to meed Plaintiff's serious medical
needs when he failed to do so.

61.      Upon information and belief PLaintiff believes
that Scott Frakes (NDCS) Director is legally responsible for the
overall operation of the department and each institution under its
jurisdiction including the prison medical staff department (NDCS)
contract medical staff.

62.      Upon information and belief Plaintiff believes that
Mr. Frakes (NDCS) Director that at some point in time that he was
made aware about Plaintiff's violent episode either by his respon-
ding staff or by the inmate request that Plaintiff sent to him by
inter-office mailing system.

63.      Upon information and belief Plaintiff believes that
Mr. FRakes was infromed about Plaintiff being medically abuse from
the interaction unprescribed anti seizure medication adminstered
to Plaintiff by prison medical staff resulted to Plaintiff's
violent episode outrage at staff and inmates Plaintiff tried
hanging himself.

64.      Upon information and belief Plaintiff believes that
in result of the toxicity interaction anti seizure drugs admini-
stered to him by prison medical staff that he was suffering from
the **CarBAMAzepine and Keepra** anti seizure side effect from the drugs.
That Mr. Frakeshad failed to investigate matters which Plaintiff
believes required hospitalization. That had Mr. Frakes responded
reasonably and gotten Plaintiff to a outside hopital emergency
room for treatment from the toxicity drug interaction would have
avoided Plaintiff from pain suffering from further significant
injuries.

65.      On August 21, 2023 Plaintiff had been complaining
to prisoners' medical department here at NSP about having some
internally stomach defecation complicated problems.

66.      Afterward medical examiners here at NSP diagnostics
shows that Plaintiff exrays appear to show that Plaintiff have
black spots on his stomach tracks.(SEE: EXHIBIT #16 )

66.      On September 26, 2023 NSP medical staff has determine
by their examination that Plaintiff is suffering from chronic
constipation prescribed for Plaintiff to take **Bisacodyl 5mg and
Linzess 72mg.** (SEE: EXHIBIT #50 )

67.      Upon information and belief Plaintiff believes that
**Bisacodyl and Linzess are medications workd directly on intestine
by increase motor activity medications use for surgery preparation.**

68.

16

68.        On June 27, 2023 two (2) years after Plaintiff's violent episode which in result of the interaction of **CarBAMazepine and Keepra** unprescribe drugs administered to Plaintiff by prison medical staff is when the NSP medical department had decided to send Plaintiff to a outside medical facility for a diagnostic ultrasound of Plaintiff's kidney and liver which has yet to be reported to PLaintiff about those results.

69.        Upon information and belief PLaintiff believes that the interaction of **CarBAMazepine 400mg and Keepra 500mg** that the interaction of both medication can become confuse after the breaking down in the liver digested into the body can result to **CNS Toxicity Lithum FAtal Reaction: NAOls Increase CarBAMazepine leves CYP3A and INcrease Keepra Levels** as well chances for someone to suffer from the medications side effects:**Aggession Sync Opal Episode Violent Behavioral Changes Suicidal Thoughts.**

70.        Upon information and belief Plaintiff believes that he has an epilepsy chronic condition which allow Plaintiff to be hypersensitive to certain medications especially when it comes to drug interactions.

71.        Upon information and belief Plaintiff believes that the interaction of **CarBAMazepine along with Keepra** that the continuations administered amount of milligrams that was digested into his system became toxic to Plaintiff's system internally resulted to Plaintiff to have mis-function complications of the liver, kidneym stomach and gastrointestinal track. Also in result of PLaintiff suffering from the aboved anti seizure drugs side effects etc.

72.        Upon information and belief Plaintiff believes that he has been award of the State Of Nebraska Penal System since the age of nineteen (19) who has a historical medical record/file at (NDCS) consist of his serious medical needs. Plaintiff is now at the age of forty two (42). However, PLaintiff believes that (NDCS)

has been in possession of his medical file for twenty three (23)
years. That his medical records should stste that Plaintiff is
epileptic grand mal seizure type whose hypersensitive to other
medications etc., who prescribed medication **CarBAMazepine 400mg**
**to be administered twice aday one (1) pill during morning and**
**one (1) during evening time.**

73.      Upon information and belief Plaintiff believes
that the more he investigate matters concern to his serious medical
needs upon request to review his medical file. PLaintiff notice
that documents are either missing from his medical file or either
being fabricated such as times dates staff signature scratch out
then replace with other staff signature which in references to
the unprescribed drugs etc.

## V. EXHAUSTION OF LEGAL REMEDIES

74.      Plaintiff Antwon L. Williams use the prison
grievance procedure available at (NDCS) to try resolved the pro-
blems on July 9, 2021 Plaintiff presented the relating to this
complaint. Plaintiff appeal to the warden/Director or use tort
claim procedure.

## VI. LEGAL CLAIMS

75.      Plaintiff reallege and incorporate by reference
paragraph 1-73

76.      Upon information and belief Plaintiff believes that
from the very beginning upon his acception at (D&E) when he first
met with Christine Scrvido,contract register nurse (NDCS) at the
receptionist area that which up to the point when Plaintiff
informed to Ms. Scrvido that he's epilepsy and prescribed medication
**CarBAMazepine 400mg.** That Ms. Scrvido had a protocol duty to first
review Plaintiff's medical record/history for the purpose to ensure
to herself what Plaintiff said is correct then begin to administer
Plaintiff his prescribed medication accordly base from Plaintiff's
medical file reports.

18

77.        That she knew at the time that **Keepra 500mg** wasn't
Plaintiff's prescribed medication. Her actions or inactions was
a intentional risk,medically abusivness dangeriously and was deli-
berate indifferent meeting Plaintiff serious medical needs.
        Defendant Ms. Scrvido actions violated Plaintiff rights
under the Eight Amendment to the United States Constitution,and
is causing Plaintiff pain,suffering,physical injuries,psychological
and emotional distress.

78.        Nurse Antinuke Bamies when he'd administered
**Keepra 500mg** unprescribed anti seizure medication to Plaintiff.
He first had the opportunity to review Plaintiff's medical file
then administer prescribed medication to Plaintiff base from his
medical file/records. Mr.Bamies actions or inactions was intentional
reckleness dangeriously and deliberately indifferent meeting Plai-
ntiff serious medical needs resulted to Plaintiff suffering from
further significant injuries such as kidney,liver and chronic
digestiveness etc. Defendant Bamies actions or inactions violated
PLaintiff rights under the Eight Amendment to the United States
Constitution,and cause Plaintiff pain,suffering,physical injuries,
mentally,psychologically and emotional distress.

79.        Nurse mihe Abejo when he  administered the
interaction unprescribed drugs to Plaintiff her actions or inactions
was medically abusively,recklessness and dangeriously who failed
to meet Plaintiff's serious medical needs. Defendant Abejo actions
violated Plaintiff rights under the Eight Amendment to the United
States Constitution,and cause Plaintiff pain,suffering,physical
injuries,psychological and emotional distress.

80.        Nurse Edith Enike she had access to Plaintiff's
medical file/records who had the opportunity to first review Pla-
intiff's medical file/records before administering Plaintiff an
interaction of unprescribed anti seizure drugs. Ms. Enike actions
or inactions resulted to Plaintiff suffering from further signifi-
cant injuries in violation of Plaintiff rights under the Eight
Amendment to the United States Constitution and cause Plaintiff
pain,suffering.physical injuries,psychological and emotional distress.

81.     Cheryl Flinn prison medical physician she was deli-
berate indifferent to meeting Plaintiff's serious medical needs.
She should've known that **CarBAMAzepine and Keepra** anti seizure
drugs were medically abusive and had became toxic hazard to Plai-
tiff's internal organs and failed to provide Plaintiff treatment.
Defendant Flinn actions or inactions violated Plaintiff rights
under the United States Constitution and cause Plaintiff pain,
suffering,physical injuries,psychologically and emotional distress.

82.     Physician Flinn her actions or inactions was
intentionally dangeriously and recklessness to meeting Plaintiff's
serious medical needs when she waited one (1) month later to draw
Plaintiff's blood for lab examination a month later after Plaintiff
suffering from the interaction drug toxicity when she should've taken
immediately action to Plaintiff's emergency matters provided Pla-
intiff medical treatment. Her actions or inactions resulted to
Plaintiff suffering from liver,kidney and chronic constipation
further significant injuries.

83.     Defendant Flinn actions or inactions violated
Plaintiff rights under the Eight Amendment to the United States
Constitution,and cause Plaintiff pain,suffering,physical injuries,
psychologically and emotional distress.

84.     Defendant ERin Dougherty physician assistant (NDCS)
Her actions or inactions was deliberately indifferent to meeting
Plaintiff serious medical needs which resulted to Plaintiff suffering
from further significant injuries. Defendant Dougherty actions
violated Plaintiff rights under the Eight Amendment to the United
States Constitution,and cause Plaintiff pain,suffering,physcial
injuries,psychologically and emotional distress.

85.     Defendant Doctor Robert Cunard actions or inactions
was deliberately indifferent to meeting Plaintiff serious medical
needs which resulted to Plaintiff suffering from futher significant
injuries.

Defendant Cunard actions violated Plaintiff rights under the
Eight Amendment to the United States Constitution,and cause Plai-
ntiff pain,suffering,physical injuries,psychologically and emot-
ional distress.

86.     Jeff Kasselman Medical Director (NDCS) ACTIONS
or inactions was deliberately indifferent to meeting Plaintiff
serious medical needs. Kasselman actions or inactions is in result
of Plaintiff suffering from further significant injuries.
        Defendant Kasselman actions violated Plaintiff rights
under the Eight Amendment to the United States Constitution,and
cause Plaintiff pain,suffering,physical injuries,psychologically
and emotional distress.

87.     Scott Frakes Director (NDCS) actions or inactions
was deliberately indifferent to meeting Plaintiff serious medical
needs. Defendant Frakes actions violated Plaintiff rights under
the Eight Amendment to the United States Constitution,and cause
Plaintiff pain,suffering,physical injuries,psychologically and
emotional distress.

88.     Since the medical abuse has ended Plaintiff hasn't
has a violent episode. PLaintiff has diligently been seeking his
medical records from the prison medical department who has the
tendacies to either lose or misplace his medical records where they
cant be found. This is a violation of Plaintiff's Eight Amendment
rights to the United States Constitution. These illegal actions
can prevent Plaintiff from providing future medical services with
his complete medical history. PLaintiff would like for medical to
provide adequate medical treatment for his serious medical conditions.
(SEE: EXHIBIT # 23)

89.        Plaintiff has no plain,adequate or complete remedy at law to redress the wrong described herein. Plaintiff has been and will continue to be irreparable injuried by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

### VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully pray that this Court enter judgment:

Granting Antwon L. Williams a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States,and

Preliminary and permanent injunction ordering prison medical transparency about his serious medical needs and adequate medical treatment for his chronic conditions.

Granting Plaintiff Williams compensatory damages in the amount of **two million $2,000,000** against each defendant,jointly and severally.

Punitive damage in the amount of **two million $2,000,000** against each defendant.

A jury trial on all issues triable by jury Plaintiff's cost in this suit.

Any additional relief this Court deems just,proper,and equitable.

Respectfully submitted on this 7th day of November 2023

**ANTWON L. WILLIAMS**
**#78187**
**P.O. Box 2500**
**LINCOLN,NE 68542-2500**

**VERIFICATION**

I have read the foregoing complaint and hereby verify that the matters alleged therein are true,except as to matters alleged on information and belief,and,as to those,I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted on this day ___7th___ day of __November__,2023

ANTWON L. WILLIAMS
#78187
P.O. BOX 2500
LINCOLN,NE 68542-2500

**CERTIFICATE OF SERVICE**

I declare (or Certify,verify,or State) under penalty of perjury that the foregoing is true and correct and that this complaint pursuant to **Neb.Rev.Stat.§29-818** was place in the prison mailing system that the original application for going instrument has been mailed postage prepaid on this _7th_ day of _November_ 2023 to the Clerk of the United States District Court 111 South 18th Street Omaha Nebraska 68183

Excuted under penalty of perjury on this _7_ day of _November_ 2023

NOTARY PUBLIC

GENERAL NOTARY - State of Nebraska
ERICA M. TERRAZAS
My Comm. Exp. March 2, 2027

**Exhibit #1**

# ...ASKA DEPARTMENT OF CORRECTIONAL SERVICES

| | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| ...MPTOMS   DIAGNOSIS   TREATMENT | (sign each entry) |

Gi. er 0.1 dose of Tuberculin PPD
intradermally, RIGHT forearm on
[illegible] test read  6-/8-2/
Positive/Negative ;  [illegible]

Lot #___C5697AA_____
Exp. Date___08 APRIL 2022___
Mfg.  Sanofi Pasteur Limited_

[highlighted handwritten entry] Intake paperwork completed PT from
Papion he is a PV need to get his meds restarted
through Walgreens called they don't have
anything on the system. Recieved order for
Keppra 500m 1 tab BID. VO Dr Cunard © Dennehy
noted verbal CS                        Robert Cunard, M.D.
reviewed AT6 Tegretol 400y BID
                                       Robert Cunard, M.D.

| PATIENT'S LAST NAME - FIRST NAME · | IDENTIFICATION NO. |
|---|---|
| Williams, Aatwon | 78187 |

DCS-A-med-010 rev 09.2015

Exhibit #3

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | LOCATION | SYMPTOMS  DIAGNOSIS  TREATMENT | (sign each entry) |
|---|---|---|---|

**6/18/21** BG- has no medical concerns or issues, Continues on security hold. ~MB Binne RN

**6/18/21** @ 2000, Patient in his room yelling and banging on the door, verbalized intention to harm self, on call mental health and MOD notified, order for plan A at LCC given. Patient transferred to LCC at about 2125, awake alert and oriented, no medical concerns. ~ RBoker

**6/19/21** 1500 patient in DEC SNF room four. Security confirms pt brought back from LCC and he is in SNF on security hold, pt ambulates to the door, responds to nursing greetings and denies medical needs, pt remains on security hold SW Precautions in place, call light within reach. ~ Mangorian

**6/19/21** 1800 Patient using a call light complains of backache and requests medical bed. Security informs but pt Internant will be notified of pt also informed to do kite for chronic backache problem, call light within reach. ~ Mangorian

**6/19/21** 1900 patient observed lying down on a mattress at the right far corner of the room, pt appears to be sleeping respiration equal and unlabored. No medical distress noted. ~ Mangorian

**6/19/21** 2000 patient medication collected from LCC, hatch open pt requested to come to the door for his meds pt refuses, says "No" and continues to sleep, had 80% of his meals. No medical distress noted remains on security hold. ~ Mangorian

| PATIENT'S LAST NAME - FIRST NAME - | IDENTIFICATION NO. |
|---|---|
| Williams, Anton | 78187 |

CS-A-med-010 rev 09.2015

Exhibit
# 5

ALASKA DEPARTMENT OF CORRECTIONAL SERVICES

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|---|
| DATE | LOCATION   SYMPTOMS   DIAGNOSIS   TREATMENT | (sign each entry) | |

6/20/21 1315 - Patient in room has been quiet, laying down writing, verbalizes no medical issues or concerns, continues on security hold, call light in reach _____ M Ramirez

6/20/21 1500 Patient awake and alert, standing by the door patient responds appropriately to this nurse states "I am feeling much better than yesterday" denies medical needs, remains on security hold status. call light within reach. → M Ngonra

6/20/21 2000 Patient ambulates to the door hatch open, patient accepts p.m. meds asks about his lisinopril pt informed Pharmacy will process it tomorrow denies medical complaints on security hold status. call light within reach. → M Ngonra

6-20-21 2230: Asleep c̄ even unlabored respirations. Has mattress on floor ō towell over eyes. No c/o. Remains on security hold. Call light available. _____ M Jakoby

6-21-21 0500: Has slept s̄ c/o. Repos. self during shift. Call light in reach. _____ C Morgan

6/21/21 0700 - Patient seen in bed resting quietly, easily aroused when the door was approach for meals and medication. Am medication passed through the hatch, he took it and accepted the meal tray, verbalizes no medical issues or concern, remains on security hold call light in reach _____ M Bamire

6/21/21 930 Pt seen, very excitable c̄ pushy speech, c/o getting 2 seizure weekly. Keppra was given til Tegretol available. ✳ D/c Keppra now that Tegretol is on board ✳ ↓ Tegretol EP to 400g q Am                Robert Cunard, M.D. No feel

PATIENT'S LAST NAME - FIRST NAME (Medical Issues)
Williams, Antwon

IDENTIFICATION NO.
78187

DCS-A-med-010 rev 09.2015

**Exhibit # 7**

## SKA DEPARTMENT OF CORRECTIONAL SERVICES

| | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE   LOCATION   SYMPTOMS   DIAGNOSIS   TREATMENT** | **(sign each entry)** |

6/2/21  0245 — Patient in room seen by the MOD.
Keppra was D/C and Carbemazepine ↓ 400mg
daily. Lisinopril 10mg 90 day reorder as
well. Se available for Pharmacy. Inmate
discharge from SNF to HU 4. — MD same.

6/2/21  1015 — Patient went down to HU 4. Stable
alert oriented and Hed no medical
issues or concern. M.B. amne RN

06/25/21  See 116  06/24/21. Discussed c̄ Dr. Alward regarding
1104  06/21/21 visit.
① Increase Tegretol ER to 400 mg PO
BID — PLO — let pts stock until
full pharmacy pack arrives
E. DOUGHERTY, PA-C

7/16/2021  S/C  T- 98.2 BP 139/98 P-76 R-18 WT 200 BSaT 98%
c̄/o abd/side pain on ① + dark urine
fevers, chills, ø diarrhea, still works out
② HBSN̄ — urine Hem + mod leg- clear
abd sft mild tt over rt abd, kidney, ø masses
legit
Mp abd/flank pain — ✓ KUB x-ray, ✓ lab & UA
*UA
Rec'd from ABSC parole 6/16/2021  Repeat lab, PPD
per protocol  CCH needed  chart placed on providers
shelf for review

Given 0.1 dose of Tuberculin PPD
intradermally. LEFT forearm on
7/21/2021. Test read _____.
Positive/Negative

Lot #___347442___
Exp. Date___3/22___
Mfg. Sanofi Pasteur Limited_

| PATIENT'S LAST NAME - FIRST NAME - | IDENTIFICATION NO. |
|---|---|
| Williams, Antwon | 18187 |

DCS-A-med-010 rev 09.2015



**INTAKE MEDICAL SCREENING**  ⑤③

| **DATE:** 6-16-21 | INMATE PATIENT QUESTIONNAIRE & HEALTH HISTORY | | | |
|---|---|---|---|---|

Name: Williams Antwon     Inmate Number: 78187     Date of Birth: 5-5-81

Occupation: _____     Highest Level of Education: _____

| DRUG ALLERGIES | | **Hospitalizations:** Please list any surgical procedure/hospitalization you have had. State the year and illness/operation. | | | |
|---|---|---|---|---|---|
| Drug | Reaction | | | | |
| none | | **Year** | Illness/Operation | **Year** | Illness/Operation |
| | | | | | |
| | | | | | |

| | PERSON TO BE NOTIFIED IN CASE OF EMERGENCY |
|---|---|
| Do you have any illness or symptoms at this time? (please list them) | Name/Relationship: |
| | Address: |
| Have you or are you currently under psychological care? | City/State:          Telephone |
| Have you ever been hospitalized for mental illness? | Are you currently under Medical Treatment? If so, what is the name of your Physician? _____ |
| Have you been a victim or perpetrator of sexual assault? | |
| If so, when and where: _____ | Address: _____ |
| Referred to Mental Health   Yes:   No: ◯ | Phone #: _____ |
| If yes list reason why: _____ | |
| Medical F/U Date: _____ | **LIST ALL MEDICATIONS YOU TAKE** |

| Medication | Dose | Times/Day |
|---|---|---|
| Seizure medication | | |
| carbamazapine  160mg | | |
| Been 2 days since last Dose | | |

| **THE LAST YEAR YOU HAD A:** | | |
|---|---|---|
| Tetanus shot | TB Test | Dental Exam |
| Pneumonia shot | Stool Blood Test | Eye Exam |
| Flu vaccine | Hepatitis Vaccine | Rectal Exam |
| Cholesterol Test | (result) | |

### PAST HEALTH & FAMILY HISTORY

Place a √ in any of the corresponding boxes for any personal or family history.

| | Self | Family | | Self | Family |
|---|---|---|---|---|---|
| Artificial Joints or Pain in Joints | | | High Blood Pressure | | |
| Asthma | | | HIV/AIDS | | |
| Dental | | | Indigestion/Ulcer | | |
| Back Trouble | | | Irregular Heart Beats | | |
| Bleeding Disorders | | | Lung Disorder | | |
| Cancer | | | Nasal Obstruction | | |
| Chronic Cough | | | Nervousness | | |
| Coughing Blood | | | Night Sweats | | |
| Depression | | | Recent Weight Loss | | |
| Diabetes | | | Seizure Disorder | X | |
| Diarrhea/Constiptn | | | Skin Trouble | | |
| Ear Trouble | | | Sleeplessness | | |
| Eye Disease | | | Spitting Blood | | |
| Fainting/Dizzy Spells | | | Stroke | | |

**DO YOU NOW OR HAVE YOU EVER CONSUMED:**

| Cigarettes | Y / N | Pkg/day | #yrs |
|---|---|---|---|
| Alcohol | Y / N | Amt/day | |
| Type: | | Last use: | |
| Street Drugs | Y / N | Frequency of Use: | |

Type:

Amount:

Mode of Use:

Date/Time of last use:

History of problems after quitting:

R. Cunard MD
JUN 1 6 2021

Page 1

NEBRASKA

Exhibit
#10

INITIAL MEDICAL SCREENING

ums Antwon          PV   DATE: 6-16-21

COMMITMENT: Douglas          NUMBER: 78187    BIRTH DATE: 5-5-81

VITALS: T97.5 R-18-P68 120/59 98%    PREVIOUS NUMBERS: Yes

MEDICATIONS: Walgreens          ALLERGIES: NKDA
48th Lincoln

CURRENT ILLNESS AND HEALTH PROBLEMS: 402-476-6898

| Yes | No | |
|---|---|---|
| | ✓ | ASTHMA |
| | ✓ | HEART PROBLEMS |
| | ✓ | DIABETES |
| ✗ | | EPILEPSY |
| ✗ | | DENTAL PROBLEMS |
| | ✓ | SYPHILIS |
| | ✓ | GONORRHEA |
| | ✓ | HERPES |
| | ✓ | HEPATITIS |
| | ✓ | AIDS |
| | ✓ | TUBERCULOSIS |

| Yes | No | |
|---|---|---|
| | ✓ | DRUG & ALCOHOL HISTORY |

type: _____ mode: _____ amount: _____

frequency: _____ last date use: _____

associated problems: _____
(continued on back)

| Yes | No | |
|---|---|---|
| | ✓ | MENTAL PROBLEMS OR SUICIDE |
| | NK | PREGNANCY |

OBSERVATIONS:

| NORMAL | ABNORMAL | |
|---|---|---|
| ✓ | | CONSCIOUSNESS |
| ✓ | | MENTAL STATUS |
| ✓ | | APPEARANCE |
| ✓ | | CONDUCT |
| ✓ | | EASE OF MOVEMENT |
| ✓ | | TREMOR |
| ✓ | | SWEATING |

| Yes | No | |
|---|---|---|
| | ✓ | PROSTHESIS OR BRACES |
| | ✓ | TRAUMA MARKINGS |
| | ✓ | DEFORMITIES |
| | ✓ | BRUISES |
| | ✓ | LESIONS |
| | ✓ | JAUNDICE |
| | ✓ | RASHES |
| | ✓ | INFESTATIONS |
| | ✓ | NEEDLE MARKS |

ne
R. Cunard MD
JUN 15 2021

Yes

____ ACCESS TO HEALTH CARE SERVICES EXPLAINED AND GRIEVANCE SYSTEM EXPLAINED
____ INFORMED THAT HIV (HUMAN IMMUNODEFICIENCY VIRUS) TEST WILL BE PERFORMED
____ INFORMED THAT PPD SKIN TEST WILL BE PERFORMED

DISPOSITION OF OFFENDER:                    OTHER COMMENTS:

____ GENERAL POPULATION          _____
____ IMMEDIATE EVALUATION/TREATMENT          _____
____ SCHEDULE FOR SICK CALL          _____

Inmate Signature _____

Evaluator Signature _____

| SIDE 1 | Nebraska Department of Correctional Services Medication Administration Record |

**Exhibit # 11**

CREATE DATE: 6/3/2021
MONTH OF: June   YEAR: 21

FACILITY #

6/16/21

Keppra 500mg
1 tab BID

Use from State

| DATE→ HOUR↓ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | | | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | |

| HOUR↑ DATE→ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INITIALS | FULL SIGNATURE / TITLE | INITIALS | FULL SIGNATURE / TITLE | INITIALS | FULL SIGNATURE / TITLE | DATE | COMMENTS | INITIALS |
|---|---|---|---|---|---|---|---|---|
| EE | Eernice RN | | | MD | | | | RS |
| AB | M Bonne RN | | | | | | | MN |

Documentation Codes: NI = Does Not Indicated | NS = No Show | RP = See paper MAR | R = Refused | S = Self | H = Hold | O = Other

| DOB: | QA INITIALS: _____ / _____ | DATE: _____ / _____ |

ALLERGIES: NKDA
OFFENDER: Williams Antwon    OFFENDER #: 78187   FACILITY: OCC   UNIT: 5   ROOM: 1

DC - 175 (REVISED 02/09)

SIDE 1

Nebraska Department of Corrections' rvices Medication Administration Record

**Exhibit #12**

FACILITY #

| DATE→ HOUR↓ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CREATE DATE: 6/17/2021
MONTH FOR: June    YEAR: 2021

Orig. Date A110767        Supervisor: Robert
06/17/21    TAKE 1 TAB BY MOUTH TWICE A DAY
                seizure. (NOT SELF ADMINISTERED)

Start Date
06/17/21

Stop Date
06/17/21    Carbamazepine ER 400 MG Tab
                Same as: Tegretol-XR
                Last SAM Qty:        Date:

Orig. Date A102492        HUNSBERGER, LARISSA PA
07/24/20    Take one (1) tablet by mouth daily

Start Date
07/27/20

Stop Date
07/22/21    Lisinopril 10 MG Tab
                Same as: Prinivil
                Last SAM Qty:        Date:

No current order

| HOUR↑ DATE→ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INITIALS | FULL SIGNATURE / TITLE | INITIALS | FULL SIGNATURE / TITLE | INITIALS | FULL SIGNATURE / TITLE | DATE / COMMENTS | INITIALS |
|---|---|---|---|---|---|---|---|

Documentation Codes:    NI = Does Not Indicated   NS = No Show   RP = See paper MAR   RF = Refused   SF = Self   H = Hold   O = Other

DOB: 05/05/198
ALLERGIES: No Known Allergies
OFFENDER: WILLIAMS, ANTWON        OFFENDER # 078187        FACILITY: DIAGNOSTIC EVALUATI UNIT: HU5 ROOM: 11

QA INITIALS: _____ / _____        DATE: _____ / _____

DC  175 (REVISED 02/09)        PAGE ____ OF ____

Exhibit
#16

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

CHRONOLOGICAL RECORD OF MEDICAL CARE

SYMPTOMS    DIAGNOSIS    TREATMENT    (sign each entry)

3/10/23 0925 s/c abdominal pain VS 155/101, 91, 16,
98², 99%. BS hypoactive x4, abd tender to
palpation. Pa K.Flink, obtain abd xray. B.Jones APR

3-10-23 Abdomen XR completed / Atharke to
Ⓢ seen for acute on chronic abd pain.
Ⓞ Guin A&Ox4. NAD. VS as above. BP
elevated. Anxious
ABD - firm, mild TTP ∅ rebound tenderness
∅ guarding. Bowel sounds hypoactive x4.
Ⓐ/P chronic constipation - Acute flare -
xray shows ∅ obstruction. Large amount of
stool w/ send MOM x 3d and ortake
Miralax. ∅ refill Miralax at this time
Chronic care is this month all concerns &
f/u to be discussed c CCC.
done Ⓧ MOM 60mg PO Daily x3d - given
from stock.
I.v. only Ⓧ LINZESS 72mcg PO daily x 90d. If
patient tolerates may ↑ to next dose if he
would like.
                                        K.Flink
                                        APRN
Ⓧ QUESTION if patient needs GI
Consult / colonoscopy et constipation.
Do not see discussion of this in records.
Discuss possible need at CCC if medically
indicated by provider.
→ 3.17.23 Chronic Care Appointment updated    K.Flink APRN

Patient's self 3/10/23 1105 R.Whitler
3/10/23 1131 K.Flink

PATIENT'S LAST NAME - FIRST NAME -
Williams, Antwon

IDENTIFICATION NO.
78187

DCS-A-med-010 rev 09 2015

**Exhibit**

**# 18**

## ...aska Inmate Case Management System (NICaMS)

INFORMATION CONTAINED IN THIS DATABASE IS CONFIDENTIAL PER NEB. REV. STAT. 83-178 AND SHALL NOT BE DISCLOSED TO ANYONE ELSE, INCLUDING ANY PERSON COMMITTED TO THE DEPARTMENT OF CORRECTIONAL SERVICES, EXCEPT AS AUTHORIZED BY LAW.

| Search Menu | Inmate ID: 78187 | Go | | Active ☑ | Last: | | Search |

| Search Menu | |
|---|---|
| * PIMS Dashboard | |
| * Sentence Dashboard | |
| Adult Placement Worksheet (OLD) | |
| CIPS | |
| - Job Position | |
| - Lookup | |
| - Perf Eval List | |
| - Perf Eval Review | |
| - Work Assignment | |
| - Work Assignment Inquiry | |
| - Work Roster | |
| Case Plan | |
| Classification | |
| Count Sheet | |
| Inmate Classification | |
| Inmate Classification - OLD | |
| Inmate Contact Notes | |
| Inmate Data | |
| Inmate Mugshot | |
| **Misconduct Report** | |

▷ **Name:** WILLIAMS, ANTWON    **Rcvd Dt:** 06/07/2013    **TRD:** 02/03/2024    **RecCtr:** NSP    **Loc:** 6B 002L

**Violation Report :**

### DISCIPLINARY MISCONDUCT REPORT

| | |
|---|---|
| **Report Filed Date:** 06/17/2021 | **Time :** 13:31 |
| **Facility :** DEC | |
| **Report was Written on Date :** 06/17/2021 | **Report Written Time :** 13:30 |
| **Employee Who Filed Report :** MLehmku | **Reporting Employee (appears on report) :** Corporal Sabokrooh |
| **MR Number :** CSWD | |
| **Date of Discovery :** 06/17/2021 | **Discovery Time :** 08:50 |

**Explain Violation Fully : (who, what, when, where, how, why and your actions)**

I, Corporal Sabokrooh was assigned to five floor at The Diagnostic and Evaluation Center for the duration of first shift on June 17, 2021. At approximately 0850 hours inmate Williams, Antwon #78187 told me when I opened the door that his father died a couple weeks ago and that he has to speak to someone or he will hurt an inmate or a staff member, I then told him I will try and get someone to come talk to him and shut the door. Inmate Williams #78187 at approximately 0905 hours started banging on his door very loudly and it sounded as if he was throwing his chair at the door, I went up there to tell him that mental health was going to come talk to him, but he refused and told me not to open the door or he will hurt me and any Inmate he sees once that door opens. I asked inmate Williams #78187 why he was being aggressive towards me when I was trying to help him, he replied back with he didn't know and that he would hurt any staff he sees if he doesn't get taken upstairs. EOR

**Area :** HU5

| | |
|---|---|
| **Place of Occurrence :** DEC | **Evidence Collected :** ☐ |
| **Where Evidence Held :** | **Evidence Held By :** |

**Logging :**

### LOGGING

( Last Updated by : CHank Last Updated on : 06/17/2021 02:33 PM )

| **Logging Date :** 06/17/2021 02:33 PM | **Assigned To :** CHank |
|---|---|
| **Comments :** | |

**Charge(s) :**

### CHARGES



**Nebraska Inmate Case Management System (NICaMS)**

INFORMATION CONTAINED IN THIS DATABASE IS CONFIDENTIAL PER NEB. REV. STAT. 83-178 AND SHALL NOT BE DISCLOSED TO ANYONE ELSE, INCLUDING ANY PERSON COMMITTED TO THE DEPARTMENT OF CORRECTIONAL SERVICES, EXCEPT AS AUTHORIZED BY LAW.

Non-Clinical Program Tracking

Public Information

Reentry Contact Notes

Search

| CT | Charge | DISM? | Rest Type | Start Date | End Date | LGT Amt | LGT NR? | Action |
|---|---|---|---|---|---|---|---|---|
| 1 | 2H USE OF THREATENING LANGUAGE OR GESTURES/FIGHTING | No | OTHER | | | 30 Days | | 30 Days Loss of Good Time |
| 2 | 3A FLARE OF TEMPERS/MINOR PHYSICAL CONTACT | Yes | | | | | | |
| 3 | 3K DISRUPTION | Yes | | | | | | |

**Investigation Reports :**

### HEARING BEFORE INVESTIGATING OFFICER

( Last Updated by : ANOVAK001 Last Updated on : 06/18/2021 07:44 PM )

**Date of Hearing before Investigating Officer :** 06/18/2021               **and Time :** 19:16

**# of Hrs. between Infraction or Discovery & Filing :** 4.68 Hrs               **Inmate Present :** YES

**# of Hrs. between Filing and Logging :** 1.03 Hrs

**Comment (for Inmate Present) :**

During the misconduct report reading, Williams #78187 began crying and making comments about self harm. He then refused to complete the PHO reading.

**For the purposes of my Disciplinary Committee hearing on this Misconduct Report :**

| | | |
|---|---|---|
| **IDC Representative Requested :** NO | **Who :** | |
| **IDC Witness Requested :** NO | **Who :** | |
| **IDC Employee Requested :** NO | | |
| **IDC 24 Hr Notice of Charges :** | | |
| **24 Hr Notice of Hearing :** | | |
| **Appearance Before the Committee :** | | |
| **Dismissal Recommended :** NO | **Investigation Continued :** | |
| **Date of Investigation Continued :** | **and Time :** | |

**Comments and Finding of Facts :**

How is it a threat when I told them not to open the door. I didn't say any of that. I'm having mental problems and just wanted to go upstairs.

**Recommended Dt. of Disc. Committee Hrg. :** 06/25/2021               **and Time :** After 0800

**Dt. of Completed Report Delivered to Inmate :** 06/18/2021               **and Time :** 20:00

**Ask inmate (if applicable): Do you knowingly, intelligently, and voluntarily waive the above indicated rights? Do you affirm that no threats, coercion, or promises have been made to you to obtain your signature? Do you understand that the rights you've waived will not influence the disposition of the Committee?**



**Exhibit # 19**

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## INFORMAL GRIEVANCE RESOLUTION FORM
### UNIT STAFF

Williams Antwon L    # 78187    DEC Unit 3-E
Last Name,  First,  Middle Initial        Number        Facility/Housing Unit

---

### PART A: Inmate Request/Concern.

On 6/17/21 to 6/21/21 I inmate Antwon L Williams #78187
was housed at the NDCS/DEC when GNF medical
staff adjusted my medication and over dosing me.
I'm a chronic care "Epilesy" patient, and your GNF
staff gave me two 400mg Carbamazipin & two ~500mc
Lisperthol pills at the same time twice a day

7/7/21
Date                                    Signature

---

### PART B: Response and Reason(s) for Decision Reached.

Medical staff report that you arrived at DEC without any medications and a substitute medication was
used until your usual med was delivered. Medical reports there was a couple days of overlap of both
medications, but no adverse reactions were noted and there was no effect on your psychotic reaction.
Staff further state that you were placed on suicide watch due to the difficulty of dealing with
emotions related to your current situation. Lastly medical reports that if you are having severe pain in
your side you need to submit an HR to be seen on sick call.

7/9/2021
Date                                    Signature

NOTE: A copy of this completed *Informal Grievance Resolution Form* must accompany any *Step 1 Institutional Grievance Form*.

---

### PART C: Receipt.

RETURN TO:  William Antwon    78187    3-E    2021
            Last Name,  First,  Middle Initial    Number    Facility/Housing Unit    S20

*I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject:*

Medical

7/8/2021
Date                            Signature of Unit Staff Receiving Complaint

DCS-A-adm-016 (rev. 2-97)            Printed on Recycled Paper with Soy Ink

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## INFORMAL GRIEVANCE RESOLUTION FORM
### UNIT STAFF

FROM: Williams Antwon L_____ 78187 _____ DEC Unit 3-E

Last Name,   First,   Middle Initial          Number          Facility/Housing Unit

---

**PART A: Inmate Request/Concern.**

which total 1800mg. My normal dose is
one 400mg Carbamazipin twice a day. Your staff
not only admitted to doing this on request
form but on the phone "recorded" with Ombuds
man. Do to the over dosing I had a bad
mental out brake & try to hang myself.

7/7/21
Date                                            Signature

---

**PART B: Response and Reason(s) for Decision Reached.**

See pg one

7/9/2021                                        Nubentson
Date                                            Signature

NOTE: A copy of this completed *Informal Grievance Resolution Form* must accompany any *Step 1 Institutional Grievance Form*.

**PART C: Receipt.**

RETURN TO: Williams   Antwon_____ 78187 _____ 3E

Last Name,   First,   Middle Initial          Number          Facility/Housing Unit

*I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject:*

_____

Medical

_____

7/8/2021                                        Nubentson
Date                                            Signature of Unit Staff Receiving Complaint

DCS-A-adm-013 (rev. 2-97)              Printed on Recycled Paper with Soy Ink

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## INFORMAL GRIEVANCE RESOLUTION FORM
### UNIT STAFF

FROM: _Williams Antwon L_    _78187_    _DEC Unit 3-E_
     Last Name,   First,   Middle Initial    Number    Facility/Housing Unit

**PART A: Inmate Request/Concern.**

This careless act by SNF staff could
cost me my life & now my lower right
side is in great pain & I would like
to know why?

_7/7/2_
Date

_Signature_

**PART B: Response and Reason(s) for Decision Reached.**

See pg and

_7/8/20_
Date

_Signature_

NOTE: A copy of this completed *Informal Grievance Resolution Form* must accompany any *Step 1 Institutional Grievance Form.*

**PART C: Receipt.**

RETURN TO: _William   Antwon_    _78187_    _3-E_
    Last Name,   First,   Middle Initial    Number    Facility/Housing Unit

*I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject:*

Medical

_7/8/2001_
Date

_Signature of Unit Staff Receiving Complaint_

DCS-A-adm-0 6 (rev. 2-9?)    Printed on Recycled Paper with Soy Ink

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## GRIEVANCE FORM
## Step One
### CHIEF EXECUTIVE OFFICER

Exhibit
# 20

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Williams intwon     L     78187

LAST NAME,     FIRST,     MIDDLE INITIAL          NO.                    FACILITY/HOUSING UNIT

### Part A – INMATE REQUEST/CONCERN:

An 7-9-21 I recieved a response from the informal grievance that I wrote to on 7-7-21 about the medical abuse by your DES (SNF medical staff). The responder is clearly admitting that the staff (SNF medical) had and did over dose me (Antwon L Williams #78187) by saying (medical reports there was a couple days of overlap of both medication) "See Informal Grievance Attach" No, Now team is down playing SNF staff as a mistake, but this mistake could of cost me my life. We know by mixing two - (Epilesy) medication is dangers and at to a high dose. A (Epilesy patient) is a chronic care patient and should be handle with (caution) which your staff didnt. This is a clear sign of Mile-Practice, also they I state that I did not report my pain when I did, I say Ombudsman has the 1FF with the response, so I did I tell them about the pain in my side (Right) headach also I try to conect quick →

7/12/21
DATE

Antwon Ash
SIGNATURE OF REQUESTOR

### Part B – RESPONSE AND REASONS FOR DECISION REACHED

I concur with the response to the informal grievance, #5209. In addition, medical reports you are scheduled for sick call. Please be patient for sick call.

7/22/2021
DATE

CHIEF EXECUTIVE OFFICER

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
# GRIEVANCE FORM
## Step One
### CHIEF EXECUTIVE OFFICER

INSTRUCTIONS:
TYPE OR USE BALL POINT
PEN. IF MORE SPACE IS
NEEDED, USE ATTACHMENT
SHEET IN TRIPLICATE.

From: Williams Antwon L          78187          DEC /Unit 3-Lot
LAST NAME,    FIRST,    MIDDLE INITIAL          NO.          FACILITY/HOUSING UNIT

**Part A – INMATE REQUEST/CONCERN:**

which is not normal (See IIR from Mental Health). your staff is responsible for my health life and they fell on both parts as a inmate at the (NDCS) they're (Responsible) to investigate those matters but fell to do so and legal matters should be taken. I Still To This Day Medical Haven't seen me about my the pain in my Righ side or Head!!!

7/12/21
DATE

Antwon Willi
SIGNATURE OF REQUESTOR

**Part B – RESPONSE AND REASONS FOR DECISION REACHED**

DATE

CHIEF EXECUTIVE OFFICER

ORIGINAL: TO BE RETURNED TO INMATE AFTER COMPLETION.

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

**GRIEVANCE FORM**

**Step Two**

**CENTRAL OFFICE APPEAL**

*1 of 3*

*2021-5209*

| INSTRUCTIONS: |
|---|
| TYPE OR USE BALL POINT PEN. IF MORE SPACE IS NEEDED, USE ATTACHMENT SHEET IN TRIPLICATE. |

Exhibit
# 21

From: Williams, Antwon L          #78187          NSP-8A-27L

LAST NAME,          FIRST,          MIDDLE INITIAL                    NO./GROUP                    INSTITUTION

**\*Part A – REASON FOR APPEAL:**

On 7/13/21, I Antwon L Williams #78187 is written this (Step Two Grievance), because your insitution (DOC) staff failed to repone too my (Step Grievance #2021-5209, which had attern a Informal Grievance with a respone). The Department of Correctional Rule & Regulation gives your staff (10 days) to respone to any Grievance, If the (10 days) is not met, then I can advance to the (next Grievance), These Grievance was inconcern of how the (Diagnosis and ~ Evalution Center SNF medical staff over dose or in there ~ words Overlaps, which means the same, me with Two ~ deadly Epilesy medication)(Lespecthol or Liperthol 500mg & Carbemazipine 400mg twice a day" Total = 1,800mg

7/30/21          _____          _____
DATE                                              SIGNATURE

\*THE COMPLETED INSTITUTIONAL GRIEVANCE FORM, INCLUDING THE CHIEF EXECUTIVE OFFICER'S/SUPERINTENDENT'S RESPONSE, MUST ACCOMPANY THIS APPEAL.

**Part B – RESPONSE AND REASONS FOR DECISION REACHED**

8·6·21          _____          _____
DATE                                              DIRECTOR

ORIGINAL: TO BE RETURNED TO INMATE/STUDENT AFTER COMPLETION.

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES    2 of 3

# GRIEVANCE FORM

## Step Two

### CENTRAL OFFICE APPEAL

2021-5209

| INSTRUCTIONS: |
| --- |
| TYPE OR USE BALL POINT PEN. IF MORE SPACE IS NEEDED, USE ATTACHMENT SHEET IN TRIPLICATE. |

From: Williams Antwon    # 78187    NSP-8A-27-L

LAST NAME,    FIRST,    MIDDLE INITIAL        NO./GROUP        INSTITUTION

**\*Part A – REASON FOR APPEAL:**

which my normal medication & dose is ((Carbenmazipine 400mg
twice a day "Total=800mg"). As a result to the over med-
icated, I am having problems with my (Right lower back
side "Liver or Kidney"; problems with "Urinating", and really
bad head ach, also a mental out brake which led me to
attemping suiced "Hanging myself". The department of
correctional staff (DOC), put my life in great danger
& till this day I am still suffering. I have documents
also while on the phone with secirtary (Nebraska -

7/30/21
DATE

Antwon A. Williams
SIGNATURE

**\*THE COMPLETED INSTITUTIONAL GRIEVANCE FORM, INCLUDING THE CHIEF EXECUTIVE OFFICER'S/SUPERINTENDENT'S RESPONSE, MUST ACCOMPANY THIS APPEAL.**

### Part B – RESPONSE AND REASONS FOR DECISION REACHED

DATE                                DIRECTOR

ORIGINAL: TO BE RETURNED TO INMATE/STUDENT AFTER COMPLETION.

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES    3 of 3

## GRIEVANCE FORM
### Step Two
### CENTRAL OFFICE APPEAL

2021-5209

| INSTRUCTIONS: |
| --- |
| TYPE OR USE BALL POINT PEN. IF MORE SPACE IS NEEDED, USE ATTACHMENT SHEET IN TRIPLICATE. |

From: Williams Antwon L    #78187    USP-8A-27-L

_LAST_ NAME,    FIRST,    MIDDLE INITIAL    NO./GROUP    INSTITUTION

*Part A – REASON FOR APPEAL:

Ombudsman (office) was recorded. She heard the
apologes of you (DOC) and medical staff on
6-21-23 or 6-22-21. The miscareless of this medical
staff cause me a great deal of psyhcial (Liver/Kidney
& Headach), also mentel (Suiced attemp & mental
at brake). This of never happen under the (DOC)
watch, which the nebraska court of law states
that my safety & protects is there responsibility
while incarcerated like they where order & fail, so
civil-lawsuit matters should be taken.

7/30/21
DATE

Antwon C Jr
SIGNATURE

*THE COMPLETED INSTITUTIONAL GRIEVANCE FORM, INCLUDING THE CHIEF EXECUTIVE OFFICER'S/SUPERINTENDENT'S RESPONSE, MUST ACCOMPANY THIS APPEAL.

### Part E – RESPONSE AND REASONS FOR DECISION REACHED

DATE                    DIRECTOR

ORIGINAL: TO BE RETURNED TO INMATE/STUDENT AFTER COMPLETION.

Williams, Antwon #78187
NSP

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES   6B-027L

GRIEVANCE FORM

Step Two

Central Office Appeal

RESPONSE AND REASONS FOR DECISION REACHED

Inmate Name:          Williams, Antwon

Inmate Number        #78187

Date Received:        8-5-2021

Grievance Number:     2021-5209

Subject:              medication

I support the response to the Step One grievance.  Further, DEC Medical states that you arrived with no medications, so a substitute medication was used until your usual medication was received. Although there may have been a couple days of overlap no bad reactions were noted.  Documentation of your suicidal ideation incident indicates you reported to staff you were feeling suicidal regarding family matters and your current incarcerated status.  Not medication concerns.

A grievance is considered submitted when it is received/receipted by staff. Step One grievance #2021-5209 was receipted July 14, 2021  This grievance response was due by July 28, 2021 however it was answered/signed on July 22, 2021; within established timeframes.

_____7-6-21_____          _____
DATE                            DIRECTOR'S DESIGNEE

nf

# NEBRASKA

## Good Life. Great Service.

**DEPT. OF ADMINISTRATIVE SERVICES**

January 20, 2023

Antwon Williams #78187
P.O. Box 22500
Lincoln, NE 68542

RE: Tort Claim - 2022-21446

Dear Antwon Williams

Please be advised that Claim Number 2022-21446 has been denied by the State Claims Board. The basis for the denial was that there is no evidence of staff negligence, misconduct, or error on this claim.

If you are dissatisfied with the decision of the State Claims Board, you may file a lawsuit with the District Court of the county in which the act or omission complained of occurred or, if the act or omission occurred outside the boundaries of the State of Nebraska, in the District Court for Lancaster County.

If you have any questions, please send a written correspondence, referencing your claim number, to the address listed below.

Sincerely

*Allen D. Simpson*

Allen D. Simpson, Risk Manager
Administrative Services – Risk Management

c:      Phoebe Gydesen, Assistant Attorney General

ajb

Allen D. Simpson, Risk Manager
**Department of Administrative Services | STATE CLAIMS BOARD**

PO Box 94974                    1526 K Street, Ste. 180              OFFICE 402-471-2551
Lincoln, NE 68509-4974          Lincoln, NE 68508                    FAX  402-471-2800
**das.nebraska.gov**

**Exhibit # 23**

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

LT. /Sgt Sims

DATE: _____

FROM: Antwon Williams    NSP    6B-2-L
      NAME / NUMBER   78187    FACILITY    LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: I need you to please verify that the Nebraska State Penitentiary medical staff are refusing to verify my Inmate Interview Request Form that medical charts/records are missing from my files

Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: I have verified with medical that your files have been endorsed. If you believe something is missing, please write to medical records requesting that specific document.

10/12/2023
Date

Lt. Sims
Signature

DCS-A-adm-013   (rev. 1/2017)



Exhibit
# 24

# NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: ~~Medical~~                                    DATE: ~~_____~~

FROM: ~~Dalvon Williams~~ 78167 ~~DEC~~   ~~3NF + 4~~

NAME / NUMBER                    FACILITY          LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: ~~_____~~

~~_____~~

~~_____~~

~~_____~~

~~_____~~

~~_____~~

~~_____~~

~~_____~~

~~_____~~

~~_____~~                    Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: ~~_____~~

_____

_____

_____

_____

_____

_____

6-71-71                          L-C
Date                              Signature

DCS-A-adm-013  (rev. I/2017)

Exhibit

# 25

**NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES**

## INMATE INTERVIEW REQUEST

TO: _____ DATE: _____

FROM: _____

NAME / NUMBER      FACILITY      LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____
Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: _we'll back on Carbamazepine_
_400g once a day_

_____

_____

_____

_____

6-71-21        _____
Date            Signature

DCS-A-adm-013  (rev. 1/2017)



Exhibit

# 26

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: _____ DATE: 6·24·2?

FROM: _Anthony Williams_  _DEC_  _Unit 4-15_
      NAME / NUMBER _78187_    FACILITY    LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: _____ _____ _____ an

Carbamazepine 400 mg Twice

a day, who is doing

this to me? Playing with

my meds?

_____

_____

_____

_____

                                      Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: We can increase to twice

per day.

_____

_____

_____

_____

06/25/21
   Date                            Signature

DCS-A adm-013  (rev. 1/2017)



Exhibit
#27

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: Medical Doctor     DATE: 6/24/21

FROM: Artunia Williavers 78187  DEu  Unit-4 4/5
NAME / NUMBER     FACILITY     LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: I don't like to
know who is reading my
medical chart because I
am suppose to take Gabapen mgz
400 mg twice a day. Your
staff went from over
dosing me to under dosing
me, also no one can
change my medication in
take until I see a
doctor which I haven't
so please get it right before
ya'll kill me. This is day 11
3 no night meds.

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: _____

See other IIR
response dat 6/28/21

6/28/21
Date

Cheryl Flinn PA-C
Signature

CS-A-adm-013  (rev. 1/2017)

Exhibit
#28

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: _Warden_ DATE: _6/25/21_

FROM: _Antonio Webb_ _OFC_ _unit 4-cd B_
NAME / NUMBER _#78187_ FACILITY LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: _Hello, i would like to know why havent you a Medical staff been refusing to give me my sizuet medis for 6/21/21, 6/22/21, 6/23/21 and 6/25/21. I am Epilasy and is order to take 2 400mg pills. one morning and one night OFC staff J Fleischman can verify this_

_____ Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: _See other IIR response date 6/23/21_

_6/28/21_ _Cheryl Flinn PA-C_
Date Signature

DCS-A-adm-013 (rev. 1/2017)

Exhibit

# 29

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: Medical                          DATE: 6-27-21

FROM: Antwon Williams    DEC    Unit 4 Cat B
NAME / NUMBER          FACILITY      LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: Hello, I've been a chronic care "Epilesy" patient for 40 years and I never been a day where I can or a Nurse can administrate the in-take of my medication without "First" me being seen by a "Doctor" I have a inmate interview request form answer and sign by your staff "Nurse or Doctor" that my Carbamazapine 400mg (Twice) a day which I've been taken like this for 9 to 10 years and has been working ok, was change to (once) a day without a blood level being check or me seeing a Doctor? got on 6/21/21 to 6/24/21 I did not recieved my Second dose of medication "Why?"

Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response

REPLY: The Med dose Was straighten out

7/6/21
Date

Cheryl Flinn PA-C
Signature

DCS-A-adm-013  (rev. 1/2017)

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: Medical                              DATE: 6-27-21

FROM: Antun Williams    OEC    Unit4-cot B
      NAME / NUMBER # 78787    FACILITY    LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: BEcause this wasN't suppose
to happen, also I had to write a
request form inorder to recieved
my Night dose without seeing
a Doctor "wow" just that easly.
All my reqlest forms has beeN
copy and sent to the OmbudsmaN
and family lawyer" James martin
Davis" out of Omaha, NE. EVEN the
oNes you tell to respone back
to like me getting copies and
veiwing my medical files that
I wrote on 6/21/21. I would
please like to know why and
how this happen

                                    Antun William
                                    Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: _____ Straightened out _____

_____

_____

_____

_____

_____

_____

                              Cheryl Flinn PA-C

7/6/4                         _____
Date                           Signature

DCS-A-adm-013  (rev, 1/2017)



Exhibit
#30

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: _____ DATE: 6-22-21

FROM: _____ DEC Un.74.15
NAME / NUMBER -7557        FACILITY        LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: _____

_____

_____ (illegible handwritten message)

_____

_____

_____ total to 1300 mg

_____ 400 mg twice daily

_____ 500 mg twice daily

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

Signature _____

REPLY: _____

Script is for 400 mg
twice daily → should
be straightened out by Now

6/28/21

Cheryl Flinn PA-C
Date                              Signature

DCS-A-adm-013 (rev. 1/2017)



Exhibit
# 31

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: _El dereal_                          DATE: _1-9-21_

FROM: _Williams #73187_   _NSP_   _GR-77-L_
      NAME / NUMBER          FACILITY          LOCATION

WORK LOCATION: _____   UNIT STAFF: _____

MESSAGE: _When I was suppose to go and have surgery on my stomach for intestine problem can you come see me_

NSP RECEIVED
AUG 1 0 2021

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: _Discuss at Chronic Care_

_8/10/21_                          _DS_
  Date                          Signature

DCS-A adm-013  (rev 1/2017)

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: _Medical_    DATE: _7-8-21_

FROM: _Antwan Williams_ # _78157_    _NEC_    _Unit 3 · cot E_
                NAME / NUMBER        FACILITY        LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: _Hello, I've been at NEC since_
_6-16-21 and I haven't been_
_seen for any blood work or_
_all of the other things that_
_yall need to call me up there_
_for, also I've been written IIR's_
_about my side (pain) and head_
_(pain) since when SNF staff_
_start to over feeding me. Thanks_
                                _Antwan_
                                Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: _Scheduled for lab._
_Scheduled for sick call_
_on 7/16/21 @ As staff._
_In IIC Response from 7/13/2(_

_7/15/2_                    _Cheryl ___ PA-C_
Date                        Signature

DCS-A-adm-013  (rev. 1/2017)


Exhibit
#32



Exhibit
# 33

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
## INMATE INTERVIEW REQUEST

TO: Medical                                    DATE: 7-16-23

FROM: Antwon Williams    NSP    6B-2-L
      NAME / NUMBER  78187    FACILITY    LOCATION

WORK LOCATION: _____    UNIT STAFF: _____

MESSAGE: Hello, I am written you once again requesting to see av outside Doctor about my lower back pain that I been complaining about since the year adal. This is not a muscle spasming, I think! better yet know, its my kidney. All these other medication that you been giving me is not working. Please help me.

NOT RECEIVED
JUL 17 2023                              Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: Sick call scheduled.

7.17.23                              (signature)
Date                                 Signature

DCS-A-adm-513  (rev 1/2017)

Exhibit

# 34

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: Jeff Kasselman Med Director   DATE: 7-16-23

FROM: Antwon Williams      NSP   6B-2-L
      NAME / NUMBER  78187   FACILITY   LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: Why is your medical staff keep
over looking that it may be
something wrong with my kidney.
I have been complaining about my
lower back pain since 2021, I've
been requesting to see a outside
Dorton but they been ignoring
my cries. Please help me

**NSP RECEIVED**                    Signature

ORIGINAL – DCS Employee
YELLOW – Inmate                     JUL 17 2023
Both copies need to be submitted for response

REPLY: You have s/c scheduled
soon

_____        _____

7/17/23                 BB2T
Date                    Signature

CCS-A-adm-013  (rev 1/2017)



Exhibit
# 35

1 of 2

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: Dr. Johnson/Medical    DATE: 8-10-23

FROM: Antwon Williams    NSP    60-2-L
NAME / NUMBER    #78187    FACILITY    LOCATION

WORK LOCATION: Unit Porter    UNIT STAFF: _____

MESSAGE: Hello, I am written you with deep concern about why wasn't I place on medical sick call list to discuss about something being wrong with my lives" c-Reactive protein "3.0" and "Lipase #1." also "Ketone/Urine *Trace"! * means outside of normal range.

Date Lab was taken 7-28-23
Date Result was back 8-2-23

If I didn't come to review my medical chart on 8-4-23 no one was going to tell me or talk to me about my results. I had to

AUG 11 2023    Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: You will scheduled
to see provider 8/16/23

Date    Signature

DCS-A-adm-013 (rev. 1/2017)

2 of 2

## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: Dr. Johnson / Medical    DATE: 8-10-23

FROM: Antwon Williams    NSP    6B-2L
NAME / NUMBER    78187    FACILITY    LOCATION

WORK LOCATION: Unit Porter    UNIT STAFF: _____

MESSAGE: request to be seen.

It's been over 2 years "since
2021" after I was given that
medication Keppra 500mg with
my original medication Carbamazepine 400mg I've been complaining about kidney and
Liver. Now that you see
there is something wrong.
Can I please be seen by
a outside doctor like I been
requesting for sometime now
because I am still in pain HELP

NSP RECEIVED

AUG 11 2023

_____ Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: _____

8/10/23

_____ Date    _____ Signature

DCS-A-adm-013   (rev 1/2017)

(S1)

Exhibit
# 38

**T OF CORRECTIONAL SERVICES**
**NAIRE & HEALTH HISTORY**

| DATE: 6/7/13 | | |
|---|---|---|
| Name: | umber: 78/87 | Date of Birth: 5-5-81 |
| Occupation: | Highest Level of Education: | |

| DRUG ALLERGIES | | Hospitalizations: Please list any surgical procedure/hospitalization you have had. State the year and illness/operation. | | |
|---|---|---|---|---|
| Drug | Reaction | Year | Illness/Operation | Year | Illness/Operation |
| Clearly need | | | | | |

| Do you have any illness or symptoms at this time? (please list them) | Are you currently under Medical Treatment? If so, what is the name of your |
|---|---|
| Epilesy | Physician? |
| Have you or are you currently under psychological care?  No | Address: |
| Have you ever been hospitalized for mental illness?  NO | Phone #: |
| If so, when and where: | |

**LIST ALL MEDICATIONS YOU TAKE**

| Medication | Dose | Times/Day |
|---|---|---|
| Tegathol | 400 | 2 Times Day |

**THE LAST YEAR YOU HAD A:**

| | | |
|---|---|---|
| Tetanus shot | TB Test ✓ | Dental Exam |
| Pneumonia Shot | Stool Blood Test | Eye Exam |
| Flu vaccine | Hepatitis Vaccine | Rectal Exam |
| Cholesterol Test | (result)  the Necotine | |

**PAST HEALTH & FAMILY HISTORY**

Place a ✓ in any of the corresponding boxes for any personal or family history.

| | Self | Family | | Self | Family |
|---|---|---|---|---|---|
| Artificial Joints or Pain in Joints | | | High Blood Pressure | | |
| Asthma | | | HIV/AIDS | | |
| Dental | | | Indigestion/Ulcer | | |
| Back Trouble | | | Irregular Heart Beats | | |
| Bleeding Disorders | | | Lung Disorder | ⊘ | |
| Cancer | | | Nasal Obstruction | | |
| Chronic Cough | | | Nervousness | | |
| Coughing Blood | | | Night Sweats | | |
| Depression | | ✓ | Recent Weight Loss | | |
| Diabetes | · | ✓ | Seizure Disorder | ✓ | |
| Diarrhea/Constiptn | ✓ | | Skin Trouble | | |
| Ear Trouble | ⊘ | | Sleeplessness | | |
| Eye Disease | | | Spitting Blood | | |
| Fainting/Dizzy Spells | | | Stroke | | |
| Frequent Colds | | | Swelling Feet | | |
| Hay Fever | | | Suicidal Thoughts | | |
| Headaches | | | Thyroid Disturbance | | |
| Hearing Disorder | | | Tired | | |
| Heart Attack | | | Tuberculosis | | |
| Hepatitis | | | Urinary Problems | | |
| Herpes | | | Venereal Diseases | | |
| High Cholesterol | | | Weakness | | |

**DO YOU NOW OR HAVE YOU EVER CONSUMED:**

| | | | |
|---|---|---|---|
| Cigarettes | Y / N | Pkg/day | #yrs |
| Alcohol | Y / N | Amt/day | |
| Type: | | Last use: | |
| Street Drugs | Y / N | Frequency of Use: | |
| Type: All | | | Every day |
| Amount: Pass out | | | |
| Mode of Use | | | Oct 31, 2012 |
| Date/Time of last use: | | | |
| History of problems after quitting: | | | |

**FOR WOMEN ONLY**

| Date of last menstrual period: | | |
|---|---|---|
| Are you using Birth Control?  Y / N  Type: | | |
| Year of Last: | Pap Test    Abnormal / Normal | |
| | Breast Exam   Abnormal / Normal | |
| | Mammogram   Abnormal / Normal | |
| Total # of: | Pregnancies:   Births: | |
| | Miscarriages:   Abortions: | |

**PERSON TO BE NOTIFIED IN CASE OF EMERGENCY**

Name/Relationship: Dawa Williams
Address: 5015 Whitmose
City/State: Omaha, Ne  Telephone 402-213-0166

I certify that the information is complete and true to the best of my knowledge.

| Inmate Signature | NDCS 78187  Inmate Number | 6/7/13  Date |
|---|---|---|
| H. Parker RN | | 6/7/13 |
| Nursing Signature | cr    Title | Date |

DCS-A-med-xxx (04/12)

RM



## NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
### INTAKE MEDICAL SCREENING

| | | |
|---|---|---|
| DATE/TIME: 6/7/13  1420 | | SS# 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 |
| Name: ✓Williams Antwan | | Inmate #: 78187 |
| Date of Birth: ✓5-5-81 | County of Commitment: Douglas | Previous Inmate #: 64364  57370  52986 |

| Allergies: NKDA | Vital Signs | T: 976 | P: 71 |
|---|---|---|---|
| | | R: | BP: 117/79 |

Current Health Problems: seizures - eyes very dry using eye gtts

Review Patient Questionnaire & Health History ~ Address any Concerns: denies

### MENTAL HEALTH SCREENING

| Consciousness | ☒ Alert | ☐ Disoriented | Psychological: | ☐ depressed affect  WNL |
|---|---|---|---|---|
| Appearance | ☒ Well-groomed | ☐ Un-kept | ☐ flat affect | ☐ violent   ☐ paranoid |
| ROM/Movement | ☒ WNL | ☐ ABN | ☐ hallucinating   ☐ flight of ideas | |
| Tremors/Sweating | ☐ Yes | ☒ No | ☐ delusional   ☐ threatening suicide/self harm | |
| Mental Status | ☒ WNL | ☐ ABN | | Referred for immediate evaluation |
| ☐ emotional   ☐ calm   ☐ angry   ☐ tearful | | | | Mental Health Referral |
| ☐ cooperative   ☐ hyper   ☐ anxious   ☐ fearful | | | | General Population |

### MEDICAL SCREENING

| Observations | Check any that apply | | Intake Information Explanations |
|---|---|---|---|
| Bruises | | ✓ | HIV / Hepatitis Testing |
| Lesions | | ✓ | Venereal Disease Testing |
| Rashes | | ✓ | Chlamydia < 35 yrs old |
| Scars  stat wounds  chest/back  ✓ | | ✓ | PPD Test 2-step |
| Jaundice | | ✓ | Access to Care/Grievance Process |
| Deformities | | ✓ | Additional H&P Labs |
| Prosthetic/Brace | | | Medical Disposition of Offender |
| Needle Marks | | | Referred for immediate evaluation |
| Recent Tattoos | | | Schedule for Sick Call |
| Infestations | | ✓ | General Population |

| Antwan C Williams | 78187 | 6/7/13 |
|---|---|---|
| Inmate Signature | Inmate Number | Date |
| N Harker RN | | 6/7/13 |
| Evaluator Signature | | Date |

DCS-A-med-006-nc





**NAME:** Williams, Antwon
**NDCS #:** 78187
**DOB:** 5/5/81
**SEX:** Male
**RACE:** African American
**DATE OF EXAM:** June 19, 2013
**EXAM FACILITY:** DEC

## HISTORY

**CURRENT MEDICAL HISTORY:**
Patient has a history of grand mal seizures since childhood. He states he is currently well controlled with Tegretol. He also states he has some ocular discomfort with occasional blurred vision. He states he has tried antihistamines and anti-inflammatories with no resolve. He is scheduled to see the eye doctor for assessment.

**PAST MEDICAL HISTORY:**
No past medical history. Immunizations are up-to-date.

**REVIEW OF SYSTEMS:**
Patient denies any history of cardiovascular, pulmonary, or renal problems, hepatitis, HIV, cancer, or diabetes.

**FAMILY HISTORY:**
FATHER: 57 with diabetes and hepatitis C
MOTHER: Deceased at age 54 from what he believes is a lung problem
SIBLINGS: No

**SURGERIES AND HOSPITALIZATIONS:**
Left pneumothorax in 2012 at Creighton Nebraska he continues to have some breathing problems intermittently.

**CURRENT MEDICATIONS:**
Tegretol and lubricating eyedrops

**ALLERGIES:**
None

**SOCIAL HISTORY:**
Marital Status: Single; Children: 3; Education: GED; Occupation: Labor; Military history: None;
VA eligibility: None; Physical Limitations: None; Tobacco Use: 14 years at one pack per day;

**DRUG AND ALCOHOL HISTORY:**
Patient has a history of marijuana, cocaine, and alcohol. He completed SAU and 2009 and RTC in 2011



**History and Physical**
**Page 2**
**NAME: Williams, Antwon #78187**

<u>**MEASUREMENTS AND OTHER FINDINGS:**</u>

**Height:** 6'2 **Weight:** 209 **Hair:** Black **Eyes:** Brown **Pulse:** 67   **B/P:** 125/77

<u>**PHYSICAL EXAM:**</u> This is a well-developed well-nourished black male who appears his stated age of 32

<u>**CLINICAL EVALUATION:**</u>

Head, Face, Neck, and Scalp: Clear of any rashes, swollen lymph nodes, or other visual abnormalities.
Nose, Sinuses, Mouth and Throat: Pink turbinate's bilaterally, no evidence of polyps, Throat is non-erythematous and no evidence of exudate.
Ears - General: Clear tympanic membranes bilaterally without evidence of erythema or swelling.
Eyes and Pupils: Pupils are reactive to light and negative for nystagmus.
Chest (includes Heart and Vascular System: Heart regular rate and rhythm, no heaves, lifts or thrills noted. Lungs clear to auscultation
Abdomen and Viscera: Abdomen is soft and non-tender to palpation, active and present bowel sounds in all 4 quadrants.
Anus and Rectum: Rectal is deferred
Upper Extremities: Good strength bilaterally in the left and right arm no visual abnormalities noted
Lower Extremities (including feet): Deep tendon reflexes are intact bilaterally feet are clear of rashes bilaterally.
Spine and Musculoskeletal: Patient is able to sit, stand and walks without problem. He is able to bend at the waist and touch his toes.
Skin, Lymphatic's: No visual rashes noted.
Neurological: Cranial nerves II through XII are intact.
Psychiatric: Patient is oriented to time and place and responds to questions appropriately.

PPD Test: June 19, 2013      Tetanus: June 19, 2013

<u>**ASSESSMENT:**</u> #1 seizures #2 eye discomfort

<u>**PLAN:**</u> #1 patient will continue on Tegretol and he'll be placed on chronic care for seizures. We will also draw a Tegretol level if it has not are bit ordered. #2 patient will followup with the eye doctor for consult. Followup as needed

Examining Physician: Shaun Luebbe PA-C

Signature of Physician:

**Exhibit**

# 50

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

Physician Larissa Hunsberger  DATE: 10-9-23

FROM: Antwon Williams NSP  63-2-L
      NAME / NUMBER  78187    FACILITY    LOCATION

WORK LOCATION: _____ UNIT STAFF: _____

MESSAGE: Ms. Hunsberger, the last time I met with you. You address con-cern of me taking these medi-cation (Linzess 72mcg / capsule and Bisacodyl 5mg EC Tab) with out first seeing a GI (Gastroint-estinal Specialist). My question is should I stop or still take the medication

NSP RECEIVED

OCT 10 2023

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

Signature

REPLY: _____ Continue _____ fr _____
_____ now _____

Date                         Signature

DCS-A-adm-013  (rev. 1/2017)



**LabCorp**® V 1.42

| | |
|---|---|
| 205- | Exhibit #51 |

Fasting: **Yes**

TN  300210    Pg  2

ine Volume

Report Status: **S /Final**

Date Co  07/2

Entered  07/24/14

Date Reported: **07/25/14**

Clinical Information

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 78187 | | |

Patient Name: **WILLIAMS, ANTWON**   Sex: **M**   Date of Birth: **05/05/81**

Patient Address

Comments

PATN AGE: 033/02/19

Account
26300210
Omaha Correctional Center       05
2323 East Avenue "J"
Omaha NE  68111-0099

402-522-7136

DR.ID: ANTLEY

Tests Requested: CBC With Differential/Platelet; Comp. Metabolic Panel (14);
Carbamazepine(Tegretol), S;

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| A/G Ratio | 1.7 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 108 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 21 | | IU/L | 0 - 44 | 01 |
| Carbamazepine(Tegretol), S | 8.1 | | ug/mL | 4.0 - 12.0 | 01 |

In conjunction with other antiepileptic drugs
Therapeutic  4.0 - 8.0
Toxicity     9.0 - 12.0

Carbamazepine alone
Therapeutic  8.0 - 12.0

Detection Limit =  0.5
<0.5 indicated None Detected

-------------------------------------------------------------
01 DV   LabCorp Denver              Dir: Frank Ryan, PhD
        8490 Upland Drive, Englewood, CO 80112-7115
For inquiries,the physician may contact **Branch: 800-457-1177 Lab: 800-795-3699**
-------------------------------------------------------------
LAST PAGE OF REPORT

**FINAL REPORT**

© 2007 Laboratory Corporation of America® Holdings
All Rights Reserved

WILLIAMS, ANTWON          78187        205-620-0025-0 Seq# 4691 07-25-14 13:12ET

| Specimen # | Control/Req N: | | |
|---|---|---|---|
| 205-620-0025-0 | HRZ26300210 | Pg 1 | **LabCorp** V 1.42 |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| Yes | | | S /Final | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 07/24/14 | 07:32 | 07/24/14 | 07/25/14 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 78187 | | |

**Account**
26300210
Omaha Correctional Center                05
2323 East Avenue "J"
Omaha NE  68111-0099

402-522-7136

DR.ID: ANTLEY

| Patient Name | Sex | Date of Birth |
|---|---|---|
| WILLIAMS, ANTWON | M | 05/05/81 |

Patient Address

**Comments**

PATN AGE: 033/02/19

Tests Requested CBC With Differential/Platelet; Comp. Metabolic Panel (14);
Carbamazepine(Tegretol), S;

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| *WBC* | *2.5* | *Alert* | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 4.89 | | x10E6/uL | 4.14 - 5.80 | 01 |
| Minor variation in shape. | | | | | |
| Anisocytosis present. | | | | | |
| Hemoglobin | 13.3 | | g/dL | 12.6 - 17.7 | 01 |
| Hematocrit | 40.1 | | % | 37.5 - 51.0 | 01 |
| MCV | 82 | | fL | 79 - 97 | 01 |
| MCH | 27.2 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 33.2 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 14.7 | | % | 12.3 - 15.4 | 01 |
| Platelets | 205 | | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 29 | Low | % | 40 - 74 | 01 |
| Lymphs | 61 | High | % | 14 - 46 | 01 |
| Many atypical lymphocytes (>10%). | | | | | |
| Monocytes | 5 | | % | 4 - 12 | 01 |
| Eos | 3 | | % | 0 - 5 | 01 |
| Basos | 2 | | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 0.7 | Low | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 1.5 | | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes(Absolute) | 0.1 | | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Hematology Comments: | Note: | | | | 01 |
| Manual differential was performed. | | | | | |
| | | | | | |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 90 | | mg/dL | 65 - 99 | 0: |
| BUN | 12 | | mg/dL | 6 - 20 | 0: |
| Creatinine, Serum | 0.99 | | mg/dL | 0.76 - 1.27 | 0: |
| eGFR If NonAfrican Am | 100 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 115 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 12 | | | 8 - 19 | |
| Sodium, Serum | 138 | | mmol/L | 134 - 144 | 0 |
| Potassium, Serum | 4.1 | | mmol/L | 3.5 - 5.2 | 0 |
| Chloride, Serum | 102 | | mmol/L | 97 - 108 | 0 |
| Carbon Dioxide, Total | 24 | | mmol/L | 18 - 28 | 0 |
| Calcium, Serum | 9.3 | | mg/dL | 8.7 - 10.2 | 0 |
| Protein, Total, Serum | 6.9 | | g/dL | 6.0 - 8.5 | 0 |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 | 0 |
| Globulin, Total | 2.6 | | g/dL | 1.5 - 4.5 | 0 |

FINAL REPORT

© 2007 Laboratory Corporation of America® Hold
All Rights Rese

WILLIAMS, ANTWON            78187        205-620-0025-0 Seq# 4691 07-25-14 13:12

Margaret A Antley PA-C



Exhibit

# 52

# ᛁNEBRASKA LEGISLATURE

*The official site of the Nebraska Unicameral Legislature*

ᛁ Home

Chamber Viewer ▸

Legislature ▸

Bills and Laws ▸

Calendar

Committees ▸

Legislative Divisions ▸

Legislative Histories

News

Reports ▸

Senators ▸

Session Information

Transcripts

For Agencies

For Citizens

For Journalists

For Lobbyists

For Students and Teachers

# Nebraska Revised Statute 83-4,164

Revised Statutes ❯❯ Chapter 83 ❯❯ 83-4,164

🖨 Print Friendly

| ❮ 83-4,163 | Chapter 83 Index | 83-4,165 ❯ |

## Chapter 83

### 83-4,164.

### Peer review and quality assurance program.

The peer review and quality assurance program developed and implemented by the medical director shall provide for the ongoing review of the quality of health care services. This peer review and quality assurance program shall be carried out by a peer review and quality assurance panel comprised of medical doctors providing health care services and such other health care staff as the department designates. The peer review and quality assurance program shall be conducted through regular periodic meetings of the peer review and quality assurance panel for the purpose of examining issues pertaining to the quality of health care services. The peer review and quality assurance panel shall also conduct a regular review of selected cases arising in order to identify, critique, and correct errors in the practices and procedures of the health care staff. The peer review and quality assurance panel shall also review (1) all cases in which there has been a death of an inmate and (2) all cases in which there have been deviations from the approved medical treatment protocols of the department.

The medical director shall develop and implement a procedure for the direct feedback to the peer review and quality assurance panel of inmate complaints and other information from inmates pertaining to health care services. A permanent record of the meetings and deliberations of the peer review and quality assurance panel shall be maintained, but the records and all other evidence pertaining directly to the deliberations of the peer review and quality assurance panel are not subject to discovery in any civil action arising out of the health care services provided by or on behalf of the department.

## Source

Laws 2001, LB 154, § 12.

Frequent Questions

Privacy Policy

Contact Us

Americans with Disabilities Act Notice

Glossary of Terms

Disclaimer

OFFICIAL NEBRASKA GOVERNMENT WEBSITE

Copyright © Nebraska Legislature, all rights reserved.

**83-4,163. Surgical procedures; medical treatment protocols.**

The medical director shall develop and implement medical treatment protocols for common surgical procedures. In developing these protocols, the medical director shall ensure that the medical treatment protocols include:

(1) Provisions defining procedures that are considered to be major surgery;

(2) Provisions requiring that all inmates needing major surgery are referred to appropriate specialists and facilities outside of the department for that surgery;

(3) Provisions requiring the implementation of pain management measures within an appropriate time after the completion of surgical procedures;

(4) Provisions requiring that all decisions by the health care staff regarding whether or not surgery should be performed are based on a community standard of health care; and

(5) Provisions requiring the health care staff to carefully document the rationale for each of their decisions to resort to surgery or to refrain from surgery as a treatment option.

**Source:** Laws 2001, LB 154, § 11.



**83-4,162. Drugs; medical treatment protocols.**

The medical director shall develop and implement medical treatment protocols regarding the use of drugs, devices, or biologicals for the treatment of inmates and shall ensure that those protocols are consistent with a community standard of health care. In developing these protocols, the medical director shall ensure that the medical treatment protocols include:

(1) Provisions requiring that only the relevant health care staff is involved in determining the number and dosages of the drugs, devices, or biologicals to be received by inmates under their care;

(2) Provisions establishing a system for monitoring the administration of drugs, devices, or biologicals to ensure that all prescribed drugs, devices, or biologicals are made available to the inmates; and

(3) Provisions establishing a system for monitoring and removing expired drugs, devices, or biologicals within the department's medication inventory which conforms with the requirements of section 71-2413.

**Source:** Laws 2001, LB 154, § 10.



Exhibit #54

Exhibit

# 55

**83-4,161. Communicable diseases; medical treatment protocols.**

In developing medical treatment protocols for the clinics, the medical director shall define the circumstances under which chronically ill inmates should return to the chronic care clinics for check-ups and when appointments should be made for chronically ill inmates to next be examined by health care staff. In developing and implementing medical treatment protocols for clinics for the detection and treatment of communicable diseases, the medical director shall ensure that the medical treatment protocols include:

(1) Provisions allowing for the routine immunization against communicable diseases of all inmates upon entering the custody of the department;

(2) Provisions requiring each inmate to be screened for communicable diseases, including (a) human immunodeficiency virus, (b) hepatitis A virus, (c) hepatitis B virus, (d) hepatitis C virus, (e) tuberculosis, and (f) sexually transmitted diseases, when the inmate enters into the custody of the department;

(3) Provisions requiring each inmate to be screened for (a) human immunodeficiency virus, unless previously tested positive, (b) hepatitis B virus, unless previously tested positive, (c) hepatitis C virus, unless previously tested positive, (d) tuberculosis, unless tested within the immediately preceding year or previously tested positive, and (e) sexually transmitted diseases, when the inmate leaves the custody of the department. No such screening shall be conducted without inmate consent;

(4) Provisions requiring any inmate in the custody of the department found to be infected with any of the diseases referenced in subdivision (2) of this section, when medically indicated, to be immediately referred to an infectious disease specialist for appropriate treatment;

(5) Provisions describing in detail those circumstances when it is medically desirable, because of risk to other noninfected inmates, to segregate, on an individual basis, any inmate found to be infected with the human immunodeficiency virus and also describing those circumstances when there is no longer a perceived medical need to continue the segregation of such an inmate;

(6) Provisions requiring that all health care staff who provide health care services be screened for communicable diseases, including (a) human immunodeficiency virus, (b) hepatitis A virus, (c) hepatitis B virus, and (d) hepatitis C virus, upon their entry into the employment of the department, and that all health care staff also be screened annually for tuberculosis; and

(7) Provisions allowing for employees of the department who come into immediate personal contact with the inmates to be immunized for hepatitis B virus.

**Source:** Laws 2001, LB 154, § 9; Laws 2005, LB 320, § 1.

**83-4,160. Medical treatment protocols.**

All medical treatment protocols developed, approved, and implemented by the department shall be based upon a community standard of health care. When applicable, these medical treatment protocols shall emphasize the need to maintain the continuity of any previously prescribed drugs, devices, or biologicals and treatment regimens that inmates are subject to when they enter the custody of the department. The medical director shall establish a mechanism for the periodic systematic review of all existing medical treatment protocols. All deviations from the approved medical treatment protocols shall be thoroughly documented by the department's health care staff and shall be systematically reviewed by the department's peer review and quality assurance panel.

**Source:** Laws 2001, LB 154, § 8.





Exhibit
#57

**EVIDENCE-BASED MEDICINE**
# CONSULT (/)

Search

Advanced Search     Back     Home (/)

## Lab Test: Carbamazepine (Blood) Level

Lab Test

Description

Reference Range

Uses

Application

Related Tests

Interactions

Test Tube

Procedure

Handling

Counseling Points

References

**Lab Test**

- Carbamazepine (Tegretol) blood measurement

## Description

- Measurement of carbamazepine levels in serum or plasma to facilitate therapeutic or toxicity monitoring.

## Reference Range

- 4-12 mcg/mL (17-51 micromol/L)
- Toxicity:
  - Adults: > 15 mcg/mL (> 63 micromol/L)
  - Cardiac Effects: dysrhythmias and conduction defects may occur at levels as low as 3.2 mg/L
  - Neurologic Effects: occur at concentrations of 4 to 5 times the upper therapeutic limit and include (nystagmus, ataxia, gross intention tremor, dysarthris, respiratory depression, drowsiness, stupor, or coma)

## Indications & Uses

- Seizures: Drug level monitoring during carbamazepine (Tegretol) therapy
- Suspected carbamazepine toxicity

## Clinical Application

- Carbamazepine blood levels should be reviewed within the context of clinical findings, such as a change in seizure frequency.
- Serum concentrations of carbamazepine may be affected by the co-administration of other antiepileptic drugs and by the age of the patient.
- Seizure protection is best assessed in the context of trough levels, and toxicity potential is best assessed in the context of peak levels.
- At the onset of treatment, carbamazepine levels initially rise, followed by a slow decrease over the next 3 to 4 weeks due to auto-activation of metabolic enzymes (e.g., CYP3A4) involved in eliminating carbamazepine. This is due to its own 10,11-epoxide metabolite and usually indicates the need for a dosage increase.
- Sub-therapeutic carbamazepine levels may indicate patient noncompliance or an interaction with another substance in the serum sample.
- Blood concentrations can change when switching formulations or brands of carbamazepine.
- Grapefruit can inhibit the metabolism of carbamazepine due to inhibition of CYP3A4, thereby increasing the levels of carbamazepine.

## Related Tests

- Phenytoin levels

## Drug-Lab Interactions

- None

## Test Tube Needed

- Red top tube (with no additives)
- Heparin (Green top tube)
- EDTA tube (Lavender top)

## Procedure

- Draw serum or plasma sample ~ 1mL
- If using serum separator tube, fill tube completely and process promptly.
- Collect trough sample.
- Collect at a consistent time of day.
- Avoid hemolysis.

## Storage and Handling

- May store at room temperature for several hours.
- May store at -20°C for up to 1 year.

## What To Tell Patient Before & After

- None

## References

- Elyas AA et al. Factors influencing simultaneous concentrations of total and free carbamazepine and carbamazepine-10,11-epoxid in serum of children with epilepsy. Ther Drug Monit 1986;8(3):288-92.
- Arroyo S et al. Carbmazepine in comparative trials: pharmacokinetic characteristics too often forgotten. Neurology 1999;53:1170-4.
- LaGow B et al., eds. PDR Lab Advisor. A Comprehensive Point-of-Care Guide for Over 600 Lab Tests. First ed. Montvale, NJ: Thomson PDR; 2007.

## Related Content

- **Pharmacology:** Carbamazepine (Tegretol) and Quetiapine (Seroquel) Drug Interaction (/articles/how-does-carbamazepine-tegretol-quetiapine-seroquel-drug-interaction-increased-clearance)

## MESH Terms & Keywords

Carbamazepine, Tegretol

Copyright EBM Consult, LLC

About Us | (/articles/about-us)Disclaimer (/articles/disclaimer) | Contact Us (/contact-us)

Submit a Comment (/comment-on-article) | Submit a Topic (/contribute) | How to Search (/articles/how-to-search)

Exhibit

#58

...EPARTMENT OF CORRECTIONAL S..VICES

...TE INTERVIEW REQUEST

TO: W. Janitor / Medical    DATE: 8-10-23

FROM: Antwon Williams    NSP    6B-2-L
_____NAME / NUMBER_____ F 78197    FACILITY    LOCATION

WORK LOCATION: Unit Porter    UNIT STAFF: _____

MESSAGE: Hello, I am written you with de-
ep concern about why when't I
place on medical sick call list to
discuss about something being
wrong with my Lives" C-Reactive
Protein "3.0" and "Lipase #11" also
"Ketone/Urine * Trace"! * mean
outside of normal range.

Date Lab was taken 7-28-23
Date Result was back 8-2-23

If I didn't come to review my
medical chart on 8-4-23 no one
was going to tell me or talk to
me about my results. I Had to

AUG 11 2023    Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: ____ will schuduled ____

____ see privider 8/10/23

_____ Date    _____ Signature

DCS-A-adm-013  (rev. 1/2017)

Exhibit
#59

DEPARTMENT OF CORRECTIONAL SERVICES

TE INTERVIEW REQUEST

TO: Lt. Johnson / Medical    DATE: 8-10-23

FROM: Antwon Williams  NSP  6B-2t
      NAME / NUMBER  78187    FACILITY    LOCATION

WORK LOCATION: Unit Porter    UNIT STAFF: _____

MESSAGE: request to be seen.

It's been over 2 years "since 2021" after I was given that medication hepara 500mg with my original medication) CarBAM azepine 400mg I've been com plaining about Kidney and Liver. now that you see there is something wrong. Can I please be seen by a outside doctor like I been requesting for sometime now because I am still in PAIN

NSP RECEIVED

AUG 11 2023

                              Signature

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

REPLY: _____

       Seen

       8/10/23

_____        _____
    Date            Signature

DCS-A adm-013 (rev. 1/2017)

Antwon Williams 78187

15. 36

Inmate Name: Antwon Williams
Inmate Number: 78187
Box 22500
Lincoln NE, 68542-0500
Notice: This correspondence was mailed from
Nebraska State Penitentiary.
It's contents are uncensored.

11/08/2023
US POSTAGE $017.25

ZIP 68508
041M12254245

46-03-13

7020 3160 0002 2003 5610

Clerk of the District Court

Robert v. Denney Federal

Building

100 Centennial Mall North

Room # 593

Lincoln, Ne 68508