IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTWON L. WILLIAMS,<br><br>                Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Director of the Nebraska Department of Correctional Services (NDCS); JEFF KASSELMAN, Medical Director of the Nebraska Department of Correctional Services (NDCS); DR. ROBERT CUNARD, Medical Doctor at the Diagnostic & Evaluation Center (NDCS); CHRISTINE SCRVIDO, Register Nurse at the Diagnostic & Evaluation Center (NDCS); ANTINUKE BAMIES, Contract Register Nurse at the Diagnostic & Evaluation Center (NDCS); MIKE ABEJO, Contract Register Nurse at the Diagnostic & Evaluation Center (NDCS); EDITH ENIKE, Contract Register Nurse at the Diagnostic & Evaluation Center (NDCS); CHERYL FLINN, Physician Assistant, Contract at the Diagnostic & Evaluation Center (NDCS); and ERIN DOUGHERTY, Physician Assistant, Contract at the Diagnostic & Evaluation Center (NDCS);<br><br>                Defendants. | 4:23CV3214<br><br>**MEMORANDUM AND ORDER** |

On December 18, 2024, Plaintiff Antwon L. Williams filed an unsigned "Motion to Withdraw the Motion to Dismiss," which the Court docketed as a Motion to Reopen Case. Filing No. 12. Also on December 18, 2024, the Clerk of Court advised Plaintiff that his Motion was unsigned and therefore deficient. The Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed Motion) within 14 days, or the

pleading "may be stricken from the record of this case." Filing No. 13 (text notice of deficiency). Plaintiff has failed to follow the Clerk of Court's directions.

Accordingly, the Court shall order Plaintiff to file a signed Response that complies with Federal Rule of Civil Procedure 11 and the Court's Local Rules. This matter cannot proceed until the foregoing deficiency is corrected. FAILURE TO CORRECT THE DEFECT WITHIN 30 DAYS WILL RESULT IN THE MOTION BEING STRICKEN FROM THE RECORD.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect on or before **February 24, 2025**. Failure to comply with this Memorandum and Order will result in Plaintiff's Motion, Filing No. 12, being stricken from the record and this matter remaining closed.

2. The Clerk of Court is directed to send to Plaintiff a copy of his Motion, Filing No. 12.

3. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **February 24, 2025**: deadline to submit signed Motion.

4. No further review of this case shall take place until Plaintiff complies with this Memorandum and Order.

Dated this 23rd day of January, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge