IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANTWON L. WILLIAMS,

        Plaintiff,

    vs.

SCOTT FRAKES, Director of the Nebraska Department of Correctional Services (NDCS), in his individual capacity; JEFF KASSELMAN, Medical Director of the Nebraska Department of Correctional Services (NDCS), in his individual capacity; DR. ROBERT CUNARD, Medical Doctor at the Diagnostic & Evaluation Center (NDCS), in his individual and official capacities; CHERYL FLINN, Physician Assistant, Contract at the Diagnostic & Evaluation Center (NDCS), in her individual and official capacities; ERIN DOUGHERTY, Physician Assistant, Contract at the Diagnostic & Evaluation Center (NDCS), in her individual and official capacities; ROB JEFFREYS, in his official capacity as Director of the Nebraska Department of Correctional Services; and JERRY LEE LOVELACEJR., in his official capacity as Medical Director of the Nebraska Department of Correctional Services;

        Defendants.

4:23CV3214

**MEMORANDUM AND ORDER**

    This matter is before the Court on Plaintiff's motion for extension of time, Filing No. 74, and motion for appointment of counsel, Filing No. 75, received and filed in this Court on July 13, 2026. Both motions are dated June 9, 2026, and the envelope in which they were mailed is postmarked June 23, 2026, with a notation on the back of "unable to forward/for review," indicating there may have been an issue with the mailing of the motions. *See* Filing No. 74 at 3–4. The current motions are nearly identical to

Plaintiff's previous motion for counsel, Filing No. 67, and motion for extension of time, Filing No. 68, which are also dated June 9, 2026, and which the Court recently ruled on in an order entered July 10, 2026, *see* Filing No. 73.  As the current motions appear to be duplicates of Plaintiff's previous motions for counsel and for an extension of time,

IT IS THEREFORE ORDERED that:

1.      Plaintiff's motion for extension of time, Filing No. 74, is denied as moot as the Court previously granted Plaintiff's request for an extension in the July 10, 2026, Memorandum and Order, Filing No. 73.

2.      Plaintiff's motion for appointment of counsel, Filing No. 75, is denied for the same reasons stated in the Court's July 10, 2026, Memorandum and Order, Filing No. 73.


Dated this 14th day of July, 2026.


BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge